**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COLOR SPOT HOLDINGS, INC., et al.**[1] | Case No. 18-11272 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: Docket Nos. 64 & 134** |

**NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT
AND CURE AMOUNTS WITH RESPECT TO EXECUTORY
CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), on May 29, 2018, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with the sale (the "**Sale**") of all or substantially all of their assets (collectively, the "**Assets**"), or some subset(s) thereof.  The Debtors are seeking Court approval of such Sale and assumptions and assignments pursuant to a motion, dated June 4, 2018 [Docket No. 64] (the "**Motion**").

The Court has entered an order (the "**Bidding Procedures Order**")[2] approving certain Bidding Procedures that will govern the sale of the Assets to the highest or best bidder and certain Assumption and Assignment Procedures governing the transfer of unexpired leases and executory contracts to a Successful Bidder.  Copies of the Motion and the Bidding Procedures Order are available for download at http://dm.epiq11.com/ColorSpot (the "**Case Website**").

The Debtors have reserved the right to designate, prior to July 2, 2018, a party to serve as a stalking horse purchaser for the Assets (the "**Stalking Horse Purchaser**").  If a Stalking Horse Purchaser is designated, a notice identifying the Stalking Horse Purchaser, the terms of the Stalking Horse Agreement, and other information regarding the Stalking Horse Purchaser, as described in the Bidding Procedures Order, will be filed on the Bankruptcy Court's docket and posted on the Case Website.

**You are receiving this Notice because you may be a party to an unexpired lease or an executory contract that potentially is to be assumed and assigned in connection with the Sale (collectively, the "Contracts").  Each Contract to which you are a party is identified on <u>Exhibit A</u> hereto.  The inclusion of a Contract on <u>Exhibit A</u> hereto shall <u>not</u> constitute or be deemed to be a determination or admission by the Debtors and their estates that such document is, in fact, an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code,**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748).  The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

and all rights of the Debtors and their estates with respect thereto are expressly reserved, including, but not limited to, the Debtors' rights to seek to recharacterize any capital lease listed on <u>Exhibit A</u> hereto as a sale to the extent such transaction would be considered a sale under applicable law and with respect to whether any Contract is executory or has expired or been terminated.

The Debtors have determined the current amounts owing (the "<u>Cure Amounts</u>") under each Contract and have listed the applicable Cure Amount for each Contract to which you are a party on <u>Exhibit A</u> hereto.  The Cure Amounts are the only amounts proposed to be paid upon any assumption and assignment of the Contracts, in full satisfaction of all amounts outstanding under the Contracts.

To the extent that a Counterparty to a Contract objects to: (i) the assumption and assignment of such party's Contract; (ii) the applicable Cure Amount; or (iii) the provision of adequate assurance of future performance, the Counterparty must file and serve an objection (a "<u>Contract Objection</u>").  Any Contract Objection shall: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, together with proof of service, <u>on or before 4:00 p.m. (ET) on July 13, 2018</u> (the "<u>Contract Objection Deadline</u>"); (iv) be served, so as to be actually received on or before the Contract Objection Deadline, upon the Objection Notice Parties; and (v) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that the Counterparty believes is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code for the Contract, along with the specific nature and dates of any alleged defaults, the pecuniary losses, if any, resulting therefrom, and the conditions giving rise thereto.  The "<u>Objection Notice Parties</u>" are as follows: (i) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn:  M. Blake Cleary, Esq., Sean T. Greecher, Esq., and Ryan M. Bartley, Esq.); (ii) proposed counsel to the Official Committee of Unsecured Creditors, Kilpatrick Townsend & Stockton LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036 (Attn:  David Posner, Esq.) and Morris Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801 (Attn: Derek C. Abbott, Esq.); (iii) counsel to Wells Fargo Bank, N.A., Pillsbury Winthrop Shaw Pittman LLP, Four Embarcadero Center, 22nd Floor, San Francisco, California 94111 (Attn:  M. David Minnick, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn:  John Henry Knight, Esq.); (iv) counsel to Capital Farm Credit, FLCA, Underwood, 500 S. Taylor, Suite 1200, Amarillo, Texas 79101 (Attn:  Roger Cox, Esq.) and Polsinelli, PC, 222 Delaware Ave., Suite 1101, Wilmington, Delaware 19801 (Attn:  Shanti M. Katona, Esq.); (v) the Office of the United States Trustee for the District of Delaware, 855 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn:  Jane M. Leamy, Esq.); and (vi) counsel to the Stalking Horse Purchaser, if any.

If no objection is timely received with respect to a Cure Amount: (i) a non-Debtor party to a Contract shall be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Contract; (ii) the Cure Amount set forth on <u>Exhibit A</u> attached hereto shall be controlling, notwithstanding anything to the contrary in any Contract, or any other document, and the non-Debtor party to a Contract shall be deemed to have consented to the Cure Amount; and (iii) the non-Debtor party to a Contract shall be forever barred and estopped from asserting any other claims related to such Contract against the Debtors or the applicable transferee, or the property of any of them.

If no objection is received by the Contract Objection Deadline to a Stalking Horse Purchaser's adequate assurance of future performance with respect to a Contract, a non-Debtor party to such Contract shall be deemed to have consented to the assumption, assignment, and transfer of the applicable Contract to the Stalking Horse Purchaser, and shall be forever barred

and estopped from asserting or claiming that any conditions to such assumption, assignment, and transfer must be satisfied under such applicable Contract or that any related right or benefit under such applicable Contract cannot or will not be available to the Stalking Horse Purchaser.

Subject to the terms of the Bidding Procedures Order, an auction (the "**Auction**") for the Assets, including the Contracts, will be conducted on **July 18, 2018 at 10:00 a.m. (ET)** at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801. As soon as reasonably practicable after the Auction, the Debtors will file and serve a notice that identifies the Successful Bidder for the Assets, including any Contracts, and will post such notice on the Case Website. **If the Successful Bidder is not a Stalking Horse Purchaser, then the deadline to object to adequate assurance of future performance with respect to such Successful Bidder will be extended to two (2) hours prior to the commencement of the Sale Hearing (as defined below);** _provided_ **that the deadline to object to the Cure Amounts with respect to such Contracts, and to otherwise object to the assumption and assignment of such Contracts, shall not be extended.**

The Debtors will seek to assume and assign the Contracts that have been selected by a Successful Bidder (collectively, the "**Selected Assumed Contracts**") at a hearing before the Honorable Judge Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 (a "**Sale Hearing**") on July 20, 2018 at 10:00 a.m. (ET), or such other date as determined by the Debtors in accordance with the terms of the Bidding Procedures Order. To the extent that the parties are unable to consensually resolve any Contract Objection prior to the commencement of the Sale Hearing, including, without limitation, any dispute with respect to the Cure Amount (any such dispute, a "**Cure Dispute**"), such Contract Objection will be adjudicated at the Sale Hearing or at such other date and time as may be determined by the Debtors or fixed by the Court; _provided_, _however_, that if the Contract Objection relates solely to a Cure Dispute, the Selected Assumed Contract may be assumed by the Debtors and assigned to the Successful Bidder, provided that the cure amount that the Counterparty asserts is required to be paid under section 365(b)(1)(A) and (B) of the Bankruptcy Code (or such lower amount as agreed to by the Counterparty) is deposited in a segregated account by the Debtors or any Successful Bidder, pending the Court's adjudication of the Cure Dispute or the parties' consensual resolution of the Cure Dispute.

Dated: June 27, 2018
      Wilmington, Delaware

_/s/ Ryan M. Bartley_
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Jaime Luton Chapman (No. 4936)
Ryan M. Bartley (No. 4985)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

_Counsel to the Debtors and Debtors in Possession_

**<u>Exhibit A</u>**

01:23355567.2

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 985 | COLOR SPOT NURSERIES, INC. | 2919 OLIVE HILL ROAD LLC | REAL PROPERTY LEASE | RE: ASSET PURCHASE AGREEMENT DTD 3/1/1996 | $0.00 |
| 878 | LONE STAR GROWERS, INC. | 5P GAS PIPELINE COMPANY | INTERRUPTIBLE NATURAL GAS SALES AGREEMENT | | $0.00 |
| 1136 | COLOR SPOT NURSERIES, INC. | A CLEAN PORTOCO | RENTAL AGREEMENT | | $2,987.60 |
| 639 | COLOR SPOT NURSERIES, INC. | AGRICOLA MANAGEMENT GROUP LLC | SUBLICENSE AGREEMENT | | $0.00 |
| 1057 | HINES GROWERS, INC. | ALERT SECURITY ASSET PROTECTION | SECURITY SERVICES AGREEMENT | | $9,363.20 |
| 1153 | COLOR SPOT NURSERIES, INC. | ALL STAR RENTS | EQUIPMENT RENTAL AGREEMENT | | $24,726.88 |
| 1143 | COLOR SPOT NURSERIES, INC. | ALLIED WASTE SERVICES | SERVICE AGREEMENT | | $0.00 |
| 641 | HINES GROWERS, INC. | ALTMAN SPECIALTY PLANTS INC | LICENSED GROWER AGREEMENT | | $0.40 |
| 519 | COLOR SPOT NURSERIES, INC. | AMERICAN DAYLILY & PERENNIALS | CONTRACT FOR PURCHASE OF DAYLILIES | | $94.05 |
| 1058 | COLOR SPOT HOLDINGS, INC. | ANDERSON MACHINERY INC | LEASE AND RENTAL AGREEMENT | CUSTOMER#: 307210; EQUIPMENT: KOBELCO SK25R-6E | $3,470.51 |
| 520 | COLOR SPOT HOLDINGS, INC. | ANTHONY TESSELAAR USA INC | CONFIDENTIALITY AGREEMENT | | $65,261.45 |
| 644 | COLOR SPOT HOLDINGS, INC. | ANTHONY TESSELAAR USA INC | LICENSE AGREEMENT | | SEE CONTROL #520 |
| 171 | COLOR SPOT HOLDINGS, INC. | ARMSTRONG GARDEN CENTERS INC | TERMS & CONDITIONS OF 2017 GROWERS REBATE PROGRAM | | $0.00 |
| 580 | COLOR SPOT HOLDINGS, INC. | AT&T CORP | MASTER AGREEMENT | | $0.00 |
| 559 | COLOR SPOT HOLDINGS, INC. | AT&T MOBILITY NATIONAL ACCOUNTS LLC | AT&T CORPORATE DIGITAL ADVANTAGE AGREEMENT | AT&T CUSTOMER LOCATION NO. 75138981504 | $52,448.05 |
| 368 | COLOR SPOT HOLDINGS, INC. | ATLANTIC DRIVER STAFFING INC | DRIVER AGREEMENT | | $0.00 |
| 880 | COLOR SPOT HOLDINGS, INC. | ATMOS ENERGY MARKETING LLC | GAS CONTRACT | | $0.00 |
| 388 | COLOR SPOT HOLDINGS, INC. | AUDI SAN DIEGO | LEASE AGREEMENT - CLOSED END | DEAL #108176; STK #HN062665 | $0.00 |
| 645 | COLOR SPOT HOLDINGS, INC. | BAILEY NURSERIES, INC | ENDLESS SUMMER LICENSE AGREEMENT | | $27,448.40 |
| 646 | COLOR SPOT HOLDINGS, INC. | BAILEY NURSERIES, INC | FIRST EDITIONS LISCENSE AGREEMENT | | SEE CONTROL #645 |
| 673 | COLOR SPOT HOLDINGS, INC. | BALL HORTICULTURAL COMPANY | PROPAGATION & DISTRIBUTION LICENSE AGREEMENT | | $60,072.10 |
| 1061 | COLOR SPOT HOLDINGS, INC. | BARRY'S SECURITY SERVICES INC | INVOICE# 82203 | SECURITY SERVICES 5/28/2018 - 6/3/2018 | SEE CONTROL #1059 |
| 1059 | COLOR SPOT HOLDINGS, INC. | BARRY'S SECURITY SERVICES INC | INVOICE# 82203-1 | R GUARDS 5/28/2015 | $4,650.60 |
| 1060 | COLOR SPOT HOLDINGS, INC. | BARRY'S SECURITY SERVICES INC | INVOICE# 82203-2 | R GUARDS 5/29/2018 - 6/3/2018 | SEE CONTROL #1059 |
| 1062 | COLOR SPOT HOLDINGS, INC. | BARRY'S SECURITY SERVICES INC | SECURITY GUARD SERVICES CONTRACT | | SEE CONTROL #1059 |
| 716 | COLOR SPOT HOLDINGS, INC. | BEXAR METROPOLITAN WATER DISTRICT | AMENDMENT OF CERTAIN AGREEMENTS | AMENDS NON-POTABLE RAW WATER SUPPLY AGREEMENT DTD 5/19/2003; AMENDS LEASE OF RIGHT TO DIVERT AND USE WATER FROM THE MEDINA RIVER DTD 8/7/1997 | $0.00 |
| 146 | COLOR SPOT HOLDINGS, INC. | BIG VALLEY TRACTOR LLC | RETAIL INSTALLMENT CONTRACT | | $0.00 |
| 496 | COLOR SPOT HOLDINGS, INC. | BILL MCGOWAN | RESIDENTIAL LEASE OR MONTH TO MONTH RENTAL AGREEMENT | | $0.00 |
| 1063 | COLOR SPOT HOLDINGS, INC. | BLACKMORE COMPANY INC | RENTAL AGREEMENT | | $776.25 |
| 1001 | COLOR SPOT HOLDINGS, INC. | BLOOMING FARM INC | LEASE | | $10,618.09 |
| 940 | COLOR SPOT HOLDINGS, INC. | BWI COMPANIES, INC. | SECURITY AGREEMENT | | $0.00 |
| 685 | COLOR SPOT HOLDINGS, INC. | CARLSON WAGONLIT TRAVEL, INC. | CORPORATE TRAVEL AGREEMENT | | $0.00 |
| 699 | COLOR SPOT HOLDINGS, INC. | CENTERPOINT ENERGY SERVICES INC | GAS SALES AGREEMENT | | $0.00 |
| 552 | COLOR SPOT HOLDINGS, INC. | CHRIS COLASONO | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 151 | COLOR SPOT HOLDINGS, INC. | CHRISTENSEN & GIANNINI | FARM LEASE | | $0.00 |
| 365 | COLOR SPOT HOLDINGS, INC. | CIMARRON LUMBER & SUPPLY CO | VENDOR/BUYER CONFERENCE AND TERMS AGREEMENT | | $0.00 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 1064 | COLOR SPOT HOLDINGS, INC. | CINTAS CORPORATION | MULTIPLE LOCATION RENTAL AGREEMENT | | $21,599.14 |
| 885 | COLOR SPOT HOLDINGS, INC. | CIRRO ENERGY | COMMERCIAL CONTRACT FOR SUPPLY OF ELECTRICITY AGREEMENT | | $0.00 |
| 582 | COLOR SPOT HOLDINGS, INC. | CITIES DIGITAL INC | CITIES DIGITAL LASERFICHE SALES AND SERVICE AGREEMENT CONTRACT | | $0.00 |
| 11 | COLOR SPOT HOLDINGS, INC. | COLORAMA | CATEGORY MANAGEMENT AGREEMENT DTD 1/16/2018 | | $0.00 |
| 523 | COLOR SPOT HOLDINGS, INC. | CONCEPT PLANTS BV | LICENSE AGREEMENT | NO. 2018.2049 | SEE CONTROL #522 |
| 650 | COLOR SPOT HOLDINGS, INC. | CONCEPT PLANTS BV | PREFERRED PERENNIAL CONCEPT PLANTS GROWER LICENSE AGREEMENT | VARIETY LYCHNIS SCARLET OHARA | SEE CONTROL #522 |
| 651 | COLOR SPOT HOLDINGS, INC. | CONCEPT PLANTS BV | PREFERRED PERENNIAL CONCEPT PLANTS GROWER LICENSE AGREEMENT | VARIETY DELOSPERMA WHEELS OF WONDER (VARIOUS COLORS) | SEE CONTROL #522 |
| 522 | COLOR SPOT HOLDINGS, INC. | CONCEPT PLANTS BV | SHRUB LICENSE AGREEMENT (NR 2014.613) | VARIETY: EUONYMUS JAPONICUS PALOMA BLANCA | $935.80 |
| 373 | COLOR SPOT HOLDINGS, INC. | CONTAINER CENTRALEN INC. | AGREEMENT FOR LONG TERM ACCESS TRANSFER AUTHORIZATION | | $818,769.98 |
| 1066 | COLOR SPOT HOLDINGS, INC. | COOL SPRINGS ELECTRIC COOLERS | EQUIPMENT LEASE CONTRACT | | SEE CONTROL #1065 |
| 1065 | COLOR SPOT HOLDINGS, INC. | COOL SPRINGS ELECTRIC COOLERS | INCREASE FOR NEW CONTRACT DTD 3/16/2015 | | $1,582.00 |
| 175 | COLOR SPOT HOLDINGS, INC. | COSTCO WHOLESALE | VENDOR PURCHASE PROGRAM AGREEMENT | | $0.00 |
| 179 | COLOR SPOT HOLDINGS, INC. | COSTCO WHOLESALE | VENDOR PURCHASE PROGRAM AGREEMENT | | $0.00 |
| 1132 | COLOR SPOT HOLDINGS, INC. | COUNTY OF SAN DIEGO | AGRICULTURAL GROUND LEASE AGREEMENT (AVIATION DESIGNATED PROPERTY) | CONTRACT NO. 500880; PARCEL(S): 2006-0016-B AND 2006-0017-C | $0.00 |
| 1133 | COLOR SPOT HOLDINGS, INC. | COUNTY OF SAN DIEGO | AGRICULTURAL GROUND LEASE AGREEMENT (NON-AVIATION DESIGNATED PROPERTY) | CONTRACT NO. 500881; PARCEL(S): 2006-0017-A, 2006-0017 B AND 2006-0017-D | $0.00 |
| 962 | COLOR SPOT HOLDINGS, INC. | COUNTY SANITATION DISTRICT NO. 8 OF LA | PLANT NURSERY OPERATION LEASE | | $0.00 |
| 944 | COLOR SPOT HOLDINGS, INC. | CROP PRODUCTION SERVICES | GUARANTY AGREEMENT | | $0.00 |
| 1067 | COLOR SPOT HOLDINGS, INC. | CULLIGAN WATER | CUSTOMER AGREEMENT | | $0.00 |
| 524 | COLOR SPOT HOLDINGS, INC. | CYW MARKETING LLC | GROWER LICENSE AGREEMENT | | $0.00 |
| 1068 | COLOR SPOT HOLDINGS, INC. | DARR EQUIPMENT CO | RENTAL CONTRACT | CONTRACT#: RC16590 | $1,653.14 |
| 90 | COLOR SPOT HOLDINGS, INC. | DE LAGE LANDEN FINANCIAL SERVICES INC | EQUIPMENT LEASE AGREEMENT | | $0.00 |
| 141 | COLOR SPOT HOLDINGS, INC. | DEERE CREDIT INC | MASTER LEASE AGREEMENT NO. 0071362 | LEASE SCHEDULE NO. 001-0071362-000 | $0.00 |
| 1019 | COLOR SPOT HOLDINGS, INC. | DICK H YAMANE & JUDY A YAMANE | LEASE AGREEMENT | | $0.00 |
| 12 | COLOR SPOT HOLDINGS, INC. | DLT GROWERS, INC | CATEGORY MANAGEMENT AGREEMENT DTD 1/16/2018 | | $0.00 |
| 538 | COLOR SPOT HOLDINGS, INC. | DRB MARKETING INC | AGREEMENT | | $0.00 |
| 1148 | COLOR SPOT HOLDINGS, INC. | DUMMEN NA, INC | SELF PROPAGATION LICENSE FOR PRODUCATION AND SALE OF FINISHED PRODUCTS | ALOHA, BIDY, CUPCAKE, EMPRESS, EMPRESS FLAIR | $364.00 |
| 682 | COLOR SPOT HOLDINGS, INC. | EGENCIA LLC | CORPORATE TRAVEL SERVICES AGREEMENT | | $0.00 |
| 492 | COLOR SPOT HOLDINGS, INC. | ELLEGAARD AS | RENTAL AGREEMENT | | $0.00 |
| 14 | COLOR SPOT HOLDINGS, INC. | ERNST NURSERY & FARMS | CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1147 | COLOR SPOT NURSERIES, INC. | EXPRESS SEED COMPANY | SELF PROPAGATION AGREEMENT | | $21,853.90 |
| 367 | COLOR SPOT HOLDINGS, INC. | EZ SHIPPER RACKS INC | 2018 RENTAL RACK AGREEMENT DTD 2/7/2018 | | $287,846.58 |
| 15 | COLOR SPOT HOLDINGS, INC. | EZ SHIPPER RACKS INC | CATEGORY MANAGEMENT AGREEMENT DTD 2/12/2018 | | $0.00 |
| 1072 | COLOR SPOT HOLDINGS, INC. | FALLBROOK EQUIPMENT RENTALS | INVOICE#: 300050Z-1 | | SEE CONTROL #1070 |
| 1070 | COLOR SPOT HOLDINGS, INC. | FALLBROOK EQUIPMENT RENTALS | INVOICE#: 323301B-1 | BILLING FOR 5/2/2018 THRU 5/28/2018 | $36,696.20 |
| 1073 | COLOR SPOT HOLDINGS, INC. | FALLBROOK EQUIPMENT RENTALS | INVOICE#: 323337B-1 | BILLING FOR 5/7/2018 THRU 5/28/2018 | SEE CONTROL #1070 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 1071 | COLOR SPOT HOLDINGS, INC. | FALLBROOK EQUIPMENT RENTALS | INVOICE#: 323339B-1 | BILLING FOR 5/3/2018 THRU 5/28/2018 | SEE CONTROL #1070 |
| 1069 | COLOR SPOT HOLDINGS, INC. | FALLBROOK EQUIPMENT RENTALS | INVOICE#: 325973-1 | BILLING FOR 5/19/2018 THRU 5/28/2018 | SEE CONTROL #1070 |
| 1015 | COLOR SPOT HOLDINGS, INC. | FALLBROOK NURSERY LLC | LEASE | | $52,707.80 |
| 18 | COLOR SPOT HOLDINGS, INC. | FANTASY FARMS LLC | CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1108 | COLOR SPOT HOLDINGS, INC. | FEDERAL INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITY EXCESS CHUBB POLICY | | $0.00 |
| 1109 | COLOR SPOT HOLDINGS, INC. | FEDERAL INSURANCE COMPANY (CHUBB) | DIRECTORS AND OFFICERS LIABILITY EXCESS CHUBB POLICY | POLICY NO. 8250-8069 | $0.00 |
| 1151 | COLOR SPOT HOLDINGS, INC. | FEDEX CORPORATE SERVICES,INC. | CORETRUST CONTRACT | | $9,524.79 |
| 1074 | COLOR SPOT HOLDINGS, INC. | FERNANDEZ CLEANING SERVICE | JANITORIAL CONTRACT | | $1,792.90 |
| 21 | COLOR SPOT HOLDINGS, INC. | FERNLEA FLOWERS LTD | CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1119 | COLOR SPOT HOLDINGS, INC. | FIRST SPECIALITY INSURANCE CORPORATION | PROPERTY DAMAGE POLICY | POLCY NO. ESP 2000114 04 | $0.00 |
| 22 | COLOR SPOT HOLDINGS, INC. | FLOWERWOOD NURSERY INC | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1138 | COLOR SPOT HOLDINGS, INC. | FOREST GROVE IRON & INDUSTRIAL SUPPLY | LETTER REGARDING GAS CYNLINDER RENTAL | | $76.00 |
| 1003 | COLOR SPOT HOLDINGS, INC. | FOREST GROVE NURSERY LLC | LEASE | | $7,664.48 |
| 25 | COLOR SPOT HOLDINGS, INC. | FOUR WINDS GROWERS | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 26 | COLOR SPOT HOLDINGS, INC. | FRANTZ WHOLESALE NURSERY | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1075 | COLOR SPOT HOLDINGS, INC. | GREENLEAF COMPACTION OF AMERICA LLC | EQUIPMENT LEASE AGREEMENT | | $3,402.88 |
| 1125 | COLOR SPOT HOLDINGS, INC. | GREENWICH INSURANCE COMPANY | SELECTION AND REJECTION OF UNINSURED AND UNDERINSURED MOTIRSTS COVERAGE | POLICY NO. RAD500025007 | $0.00 |
| 539 | COLOR SPOT HOLDINGS, INC. | GREGG G FOSTER | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 238 | COLOR SPOT HOLDINGS, INC. | HOME DEPOT | SUPPLIER BUYING AGREEMENT | | $0.00 |
| 232 | COLOR SPOT HOLDINGS, INC. | HOME DEPOT | USA MARKETING AGREEMENT (% OF PURCHASES) | AGREEMENT #0303818M | $0.00 |
| 231 | COLOR SPOT HOLDINGS, INC. | HOME DEPOT | USA REBATE AGREEMENT (TIERED) | AGREEMENT #0082717M | $0.00 |
| 233 | COLOR SPOT HOLDINGS, INC. | HOME DEPOT | USA REBATE AGREEMENT (TIERED) | AGREEMENT #0309618M | $0.00 |
| 234 | COLOR SPOT HOLDINGS, INC. | HOME DEPOT | USA REBATE AGREEMENT (TIERED) | AGREEMENT #0089417M | $0.00 |
| 540 | COLOR SPOT HOLDINGS, INC. | HUBERT MAYRHOFER | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 96 | COLOR SPOT HOLDINGS, INC. | HYG FINANCIAL SERVICES, INC. | EQUIPMENT SCHEDULE-DOLLAR PURCHASE OPTION NO. 9917263001 | RE: MASTER LEASE AGREEMENT NO. 9917263 | $0.00 |
| 371 | COLOR SPOT HOLDINGS, INC. | IDEALEASE SERVICES, INC | SCHEDULE A TO MAINTENANCE AGREEMENT | RE: VEHICLE LEASE & SERVICE AGREEMENT DTD 2/19/2009 | $20,915.09 |
| 1088 | COLOR SPOT HOLDINGS, INC. | IESI - EAST TEXAS | INVOICE NO. 1100380326 | CUSTOMER ID 070025542 | SEE CONTROL #502 |
| 1085 | COLOR SPOT HOLDINGS, INC. | IESI KILGORE | SERVICE AGREEMENT | NO. 1192648; COLOR SPOT NURSERY | SEE CONTROL #502 |
| 1086 | COLOR SPOT HOLDINGS, INC. | IESI KILGORE | SERVICE AGREEMENT | NO. 1192633; POWELL/SESSIONS PLANT FARM | SEE CONTROL #502 |
| 1087 | COLOR SPOT HOLDINGS, INC. | IESI KILGORE | SERVICE AGREEMENT | NO. 1192650; RANDY'S PLANT FARM | SEE CONTROL #502 |
| 1077 | COLOR SPOT HOLDINGS, INC. | INGERSOLL-RAND COMPANY | PACKAGE CARE AGREEMENT | | SEE CONTROL #494 |
| 494 | COLOR SPOT HOLDINGS, INC. | INGERSOLL-RAND COMPANY | PACKAGECARE AGREEMENT | | $0.00 |
| 99 | COLOR SPOT HOLDINGS, INC. | INNOVATIVE LIGHTWEIGHT & WATERPROOFING | STORAGE OF COLOR SPOT NURSERIES | STORAGE OF COLOR SPOT NURSERIES DTD 8/13/2017 | $0.00 |
| 1076 | COLOR SPOT HOLDINGS, INC. | INTERNATIONAL BUSINESS MACHINES CORPORATION | QUOTE FOR IBM OFFERINGS | IBM AGREEMENT NO. 199579; QUOTATION NO. 16849678 | $8,841.21 |
| 656 | COLOR SPOT HOLDINGS, INC. | ITASAUL PLANTS LLC | LICENSING AGREEMENT | PENNISETUM 'FIREWORKS' & PENNISETUM 'SKYROCKET' | $0.00 |
| 541 | COLOR SPOT HOLDINGS, INC. | JEFFREY KARPA | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 542 | COLOR SPOT HOLDINGS, INC. | JOHN PYBRUM | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 527 | COLOR SPOT HOLDINGS, INC. | KEITH KIRSTEN HORTICULTURE INTERNATIONAL (PTY) LIMITED | TRIALING AND LICENSE AGREEMENT | | $0.00 |
| 1149 | COLOR SPOT NURSERIES, INC. | KIWI FLORA LIMITED | PLANT VARIETY RIGHTS - PRODUCTION LICENCE AGREEMENT | | $758.00 |
| 241 | COLOR SPOT HOLDINGS, INC. | KMART CORPORATION/SEARS ROEBUCK | SCAN-BASED READING AND COSIGNMENT AGREEMENT | | $0.00 |
| 864 | COLOR SPOT HOLDINGS, INC. | KO WATER LAND, LLC | LEASE OF EDWARDS AQUIFER GROUNDWATER | | $0.00 |
| 543 | COLOR SPOT HOLDINGS, INC. | KURT A FERBER | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 10 | COLOR SPOT HOLDINGS, INC. | LA VERNE NURSERY INC | CATEGORY MANAGEMENT AGREEMENT DTD 1/16/2018 | | $0.00 |
| 657 | COLOR SPOT HOLDINGS, INC. | LACEBARK INC | LICENSE AGREEMENT | LAGERSTROEMIA INDICA CRAPEMYRTLE | $0.00 |
| 1114 | COLOR SPOT HOLDINGS, INC. | LANDMARK AMERICAN INS CO | PROPERTY POLICY | POLICY NO. LHD901404, RENEWAL OF POLICY NO. LHD397537 | $0.00 |
| 1033 | COLOR SPOT HOLDINGS, INC. | LBUBS 2007-CI VIA INDUSTRIA GP LLC | OFFICE LEASE AGREEMENT | | $0.00 |
| 528 | COLOR SPOT HOLDINGS, INC. | LCN HOLDINGS INC | PLANT PATENT AND TRADEMARK MASTER LICENSE AGREEMENT | | $52.80 |
| 1103 | COLOR SPOT HOLDINGS, INC. | LIBERTY MUTUAL FIRE INSURANCE COMPANY | INSURANCE EQUIPMENT BREAKDOWN POLICY | | $0.00 |
| 545 | COLOR SPOT HOLDINGS, INC. | MARY CATHERINE WRIGHT | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 544 | COLOR SPOT HOLDINGS, INC. | MARY JANE STEINHEBEL | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 28 | COLOR SPOT HOLDINGS, INC. | MEA NURSERY | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 882 | COLOR SPOT HOLDINGS, INC. | MID STATES ENERGY LP | BASE GAS SALES AGREEMENT | | $0.00 |
| 1142 | COLOR SPOT NURSERIES, INC. | MISSION RESTAURANT SUPPLY COMPANY | LEASE AGREEMENT EXTENSION DTD 2/4/2014 | | $464.39 |
| 659 | COLOR SPOT HOLDINGS, INC. | MONROVIA NURSERY COMPANY | LICENSE AGREEMENT - MONROVIA CRAFTSMEN COLLECTION AT LOWE'S | | $70,686.35 |
| 948 | COLOR SPOT HOLDINGS, INC. | MYERS INDUSTRIES, INC. | TERMS AGREEMENT | | $0.00 |
| 29 | COLOR SPOT HOLDINGS, INC. | NAKASE BROTHERS WHOLESALE NURSERY | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1105 | COLOR SPOT HOLDINGS, INC. | NATIONAL UNION FIRE INSURANCE CO. | DECLARATION NOTICES | POLICY NO. 04-580-66-76, REPLACEMENT OF 03-828-29-15 | $0.00 |
| 1106 | COLOR SPOT HOLDINGS, INC. | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | DECLARATION NOTICES | POLICY NO. 04-580-66-76, REPLACEMENT OF 03-828-29-15 | $0.00 |
| 1107 | COLOR SPOT HOLDINGS, INC. | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | DECLARATION NOTICES | POLICY NO. 04-580-66-76, REPLACEMENT OF 03-828-29-15 | $0.00 |
| 1024 | COLOR SPOT HOLDINGS, INC. | NINOMIYA NURSERY CO | STANDARD INDUSTRIAL COMMERCIAL SINGLE TENANT LEASE DTD 7/10/1997, AS AMENDED | | $34,865.77 |
| 271 | COLOR SPOT HOLDINGS, INC. | NNBA | NNBA PROGRAM DETAILS | | $0.00 |
| 893 | COLOR SPOT HOLDINGS, INC. | NORTH STAR GAS COMPANY LLC | NATURAL GAS PURCHASE AGREEMENT | | $0.00 |
| 1144 | COLOR SPOT NURSERIES, INC. | NORTH STAR GAS COMPANY LLC | NATURAL GAS PURCHASE AGREEMENT | | $0.00 |
| 592 | COLOR SPOT HOLDINGS, INC. | NOVATIME TECHNOLOGY, INC | ADDENDUM TO NOVATIME AGREEMENT | AMENDS NOVATIME SALES & SERVICES AGREEMENT DTD 10/8/2012 | SEE CONTROL #591 |
| 591 | COLOR SPOT HOLDINGS, INC. | NOVATIME TECHNOLOGY, INC | HARDWARE MAINTENANCE AGREEMENT | | $5,390.94 |
| 935 | COLOR SPOT HOLDINGS, INC. | NUFARM | END USER REBATE FOR 2017 PR 1 & PER 2 | INVOICE NO 00014550 | $0.00 |
| 1089 | COLOR SPOT HOLDINGS, INC. | OLIVER, RICHARD | INDEPENDENT CONTRACTOR MASTER AGREEMENT | | $0.00 |
| 282 | COLOR SPOT HOLDINGS, INC. | ORCHARD SUPPLY COMPNAY LLC | SUPPLIER PURCHSING AGREEMENT | | $0.00 |
| 277 | COLOR SPOT HOLDINGS, INC. | ORCHARD SUPPLY HARDWARE LLC | LINE REVIEW PROGRAM | VENDOR NO. 530, 643, 851, 1082 | $0.00 |
| 288 | COLOR SPOT HOLDINGS, INC. | O'TOOLE'S GARDEN CENTERS, INC | 2015 VOLUME REBATE AGREEMENT | | $0.00 |
| 30 | COLOR SPOT HOLDINGS, INC. | PAN AMERICAN NURSERY PRODUCTS INC | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 406 | COLOR SPOT HOLDINGS, INC. | PAUL W. RUSSO | EMPLOYMENT AGREEMENT | | $0.00 |
| 408 | COLOR SPOT HOLDINGS, INC. | PAUL W. RUSSO | INDEMNIFICATION AGREEMENT | | $0.00 |
| 374 | COLOR SPOT HOLDINGS, INC. | PENSKE TRUCK LEASING CO LP | VEHICLE MAINTENANCE AGREEMENT | | $107,652.63 |
| 1012 | COLOR SPOT HOLDINGS, INC. | PERRUCCI COMMERCIAL MANAGEMENTLLC | REAL ESTATE LEASE | | $0.00 |
| 546 | COLOR SPOT HOLDINGS, INC. | PETER W VAUGHAN | STATEMENT OF WORK | | $0.00 |
| 663 | COLOR SPOT HOLDINGS, INC. | PLANT DEVELOPMENT SERVICES, INC | APPENDIX A | RE: LICENSE AGREEMENT | SEE CONTROL #662 |
| 660 | COLOR SPOT HOLDINGS, INC. | PLANT DEVELOPMENT SERVICES, INC | LICENSE AGREEMENT | ENCORE AZALEA TRADEMARK | $27,310.15 |
| 661 | COLOR SPOT HOLDINGS, INC. | PLANT DEVELOPMENT SERVICES, INC | LICENSE AGREEMENT | SOUTHERN LIVING TRADEMARK | SEE CONTROL #660 |
| 662 | COLOR SPOT HOLDINGS, INC. | PLANT DEVELOPMENT SERVICES, INC | MASTER LICENSE AGREEMENT | | $930.92 |
| 31 | COLOR SPOT HOLDINGS, INC. | PLANTS EXPRESS | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 695 | COLOR SPOT HOLDINGS, INC. | PLAVAN COMMERCIAL FUELING INC | EQUIPMENT LOAN AND PETROLEUM SUPPLY AGREEMENT | | $0.00 |
| 33 | COLOR SPOT HOLDINGS, INC. | POWER BLOOM FARMS | SPOT LIGHT SERVICES  SOUTH CALIFORNIA CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 951 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | CONFIDENTIALITY AGREEMENT | | $0.00 |
| 953 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | SECURITY AGREEMENT | | $0.00 |
| 954 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | SECURITY AGREEMENT | | $0.00 |
| 950 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | SUPPLY AGREEMENT | | $0.00 |
| 504 | COLOR SPOT HOLDINGS, INC. | PROGRESSIVE WASTE SOLUTIONS OF TX INC | SERVICE AGREEMENT - RANDY'S | CUSTOMER ACCT#: 002003991 | SEE CONTROL #502 |
| 505 | COLOR SPOT HOLDINGS, INC. | PROGRESSIVE WASTE SOLUTIONS OF TX INC | SERVICE AGREEMENT - SESSIONS | CUSTOMER ACCT#: 015056366 | SEE CONTROL #502 |
| 502 | COLOR SPOT HOLDINGS, INC. | PROGRESSIVE WASTE SOLUTIONS OF TX INC | SERVICE AGREEMENT - TROUP MAIN | CUSTOMER ACCT#: 002003991 | $7,490.46 |
| 647 | COLOR SPOT HOLDINGS, INC. | PROVEN WINNERS AUSTRALASIA PTY LTD | MASTER MARKETING LICENCE | | $3,129.45 |
| 989 | COLOR SPOT HOLDINGS, INC. | RALPH LETIZIA AND MARY A. LETIZIA | LEASE | | $0.00 |
| 868 | COLOR SPOT HOLDINGS, INC. | REPUBLIC SERVICES | CUSTOMER SERVICE AGREEMENT | | $7,559.08 |
| 547 | COLOR SPOT HOLDINGS, INC. | REX HUFFAKER | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 553 | COLOR SPOT HOLDINGS, INC. | RICARDO ALAS | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 594 | COLOR SPOT HOLDINGS, INC. | RIMINI STREET INC | SUPPORT SERVICES AGREEMENT | | $0.00 |
| 309 | COLOR SPOT HOLDINGS, INC. | RITE AID CORPORATION | ANNUAL PLANNING TERMS | | $0.00 |
| 311 | COLOR SPOT NURSERIES, INC. | RITE AID CORPORATION | ANNUAL PLANNING TERMS | CONTRACT NO 0747063 | $0.00 |
| 35 | COLOR SPOT HOLDINGS, INC. | RIVER RIDGE FARMS INC | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 385 | COLOR SPOT HOLDINGS, INC. | RODNEY P OMPS | EMPLOYMENT AGREEMENT | | $0.00 |
| 689 | COLOR SPOT HOLDINGS, INC. | ROLLING HILLS COUNTRY CLUB | WATER RIGHT AND AGREEMENT | | $0.00 |
| 667 | COLOR SPOT HOLDINGS, INC. | ROYALTY ADMINISTRATION INTERNATIONAL | LICENSE AGREEMENT FOR SELF-PROPAGATION OF CUTTINGS & SALE OF FINISHED MATERIAL ONLY | | SEE CONTROL #532 |
| 665 | COLOR SPOT HOLDINGS, INC. | ROYALTY ADMINISTRATION INTERNATIONAL | LICENSE AGREEMENT FOR SELF-PROPAGATION OF HIBISCUS CUTTINGS & SALE OF FINISHED PRODUCTS | | SEE CONTROL #532 |
| 669 | COLOR SPOT HOLDINGS, INC. | ROYALTY ADMINISTRATION INTERNATIONAL | SCHEDULE A (REVISED) 2016 | | SEE CONTROL #532 |
| 80 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | MANAGED MAINTENANCE SOLUTIONS COMPREHENSIVE SCHEDULE NO. 184079 | RE: AGREEMENT DTD 01/11/2013 | $0.00 |
| 100-1 | LONE STAR GROWERS, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1722391/BU1495 | $0.00 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 100-2 | COLOR SPOT NURSERIES, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1710278/BU1496 | $0.00 |
| 100-3 | COLOR SPOT NURSERIES, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1710300/BU1496 | $0.00 |
| 100-4 | LONE STAR GROWERS, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1710224/BU1495 | $0.00 |
| 100-5 | COLOR SPOT NURSERIES, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1710248/BU1496 | $0.00 |
| 100-6 | LONE STAR GROWERS, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1722386/BU1495 | $0.00 |
| 100-7 | COLOR SPOT NURSERIES, INC. | RYDER TRUCK RENTAL INC | SCHEDULE A TO VEHICLE OPERATING & SERVICE AGREEMENT DATED 12/2/2015; CUSTOMER NO. 47762 | SCHEDULE A NO. 1710249/BU1496 | $0.00 |
| 378 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING & SERVICE AGREEMENT (VOSA) SCHEDULE A | SCHEDULE A NO. 1538940 | $0.00 |
| 379 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING & SERVICE AGREEMENT (VOSA) SCHEDULE A | SCHEDULE A NO. 1538941 | $0.00 |
| 380 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING & SERVICE AGREEMENT (VOSA) SCHEDULE A | SCHEDULE A NO. 1538942 | $0.00 |
| 381 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING & SERVICE AGREEMENT (VOSA) SCHEDULE A | SCHEDULE A NO. 1538943 | $0.00 |
| 382 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING & SERVICE AGREEMENT (VOSA) SCHEDULE A | SCHEDULE A NO. 1538944 | $0.00 |
| 383 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING & SERVICE AGREEMENT (VOSA) SCHEDULE A | SCHEDULE A NO. 1538945 | $0.00 |
| 377 | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING AND SERVICE AGREEMENT | | $0.00 |
| 1027 | COLOR SPOT HOLDINGS, INC. | SAKATA SEED AMERICA INC | REAL PROPERTY LEASE | | $0.00 |
| 865 | COLOR SPOT HOLDINGS, INC. | SAMMY NOONER | LEASE OF EDWARDS AQUIFER GROUNDWATER | | $0.00 |
| 1029 | COLOR SPOT HOLDINGS, INC. | SANGER NURSERY LLC | LEASE | | $58,883.46 |
| 273 | COLOR SPOT HOLDINGS, INC. | SAVE MART SUPERMARKETS | SUPPLIER AGREEMENT | | $0.00 |
| 36 | COLOR SPOT HOLDINGS, INC. | SAXON-BECNEL & SONS | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 472 | COLOR SPOT HOLDINGS, INC. | SCOTT ZOCH | EMPLOYMENT AGREEMENT | | $0.00 |
| 1036 | LONE STAR GROWERS, INC. | SESSIONS PLANT FARM | LEASE AGREEMENT | | $0.00 |
| 867 | COLOR SPOT HOLDINGS, INC. | SFD/MEDIO CREEK LAND PARTNERSHIP LTD | LEASE OF EDWARDS AQUIFER GROUNDWATER | | $0.00 |
| 993 | COLOR SPOT HOLDINGS, INC. | SHIMAMOTO FAMILY TRUST | AGREEMENT RENEWING LEASE | | $0.00 |
| 39 | COLOR SPOT HOLDINGS, INC. | SIERRA GOLD NURSERY | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 670 | COLOR SPOT HOLDINGS, INC. | SPRING MEADOW NURSERY INC | MASS MERCHANT/PROPAGATION LICENSE AGREEMENT | | $36,923.30 |
| 671 | COLOR SPOT HOLDINGS, INC. | SPRING MEADOW NURSERY INC | WALMART/PROPAGATION LICENSE AGREEMENT | | SEE CONTROL #670 |
| 1152 | COLOR SPOT HOLDINGS, INC. | STAPLES CONTRACT & COMMERCIAL, INC. | CORETRUST CONTRACT | | $37,031.21 |
| 549 | COLOR SPOT HOLDINGS, INC. | STEVE LEVINE | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 960 | COLOR SPOT HOLDINGS, INC. | SUN GRO HORTICULTURE DISTRIBUTION INC | CONSIGNMENT CONTRACT | | $0.00 |
| 941 | COLOR SPOT HOLDINGS, INC. | SUN GRO HORTICULTURE DISTRIBUTION INC | EQUIPMENT AGREEMENT | | $0.00 |
| 525 | COLOR SPOT HOLDINGS, INC. | SUN WORLD INTERNATIONAL LLC | CONFIDENTIAL SETTLEMENT AGREEMENT | RE: PROPRIETARY PLANT DISTRIBUTION LICENSE AGREEMENT DTD 4/3/2013 | $0.00 |
| 526 | COLOR SPOT HOLDINGS, INC. | SUN WORLD INTERNATIONAL LLC | PROPRIETARY PLANT DISTRIBUTION LICENSE AGREEMENT | | $0.00 |
| 1146 | COLOR SPOT NURSERIES, INC. | SUNTORY FLOWERS LIMITED | MARKETING COOPERATION AGREEMENT | | SEE CONTROL #1145 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 1145 | COLOR SPOT NURSERIES, INC. | SUNTORY FLOWERS LIMITED | SUNTORY FLOWERS SUN PARASAL CONTRACT | SUN PARASOL VARIETIES | $23,347.68 |
| 666 | COLOR SPOT HOLDINGS, INC. | SYNGENTA FLOWERS INC | LICENSE AGREEMENT FOR SELF-PROPAGATION OF CUTTINGS & SALE OF FINISHED MATERIAL ONLY | | SEE CONTROL #532 |
| 866 | COLOR SPOT HOLDINGS, INC. | TAUSCH LAND AND CATTLE, LTD | LEASE OF EDWARDS AQUIFER GROUNDWATER | | $0.00 |
| 675 | COLOR SPOT HOLDINGS, INC. | TED L TURNER, SR | NON-EXCLUSIVE LICENSE AGREEMENT | NERIUM OLEANDER PLANT PATENT | $2,277.10 |
| 508 | COLOR SPOT HOLDINGS, INC. | TENNAT SALES AND SERVICE COMPANY | GOLD SERVICE AGREEMENT DTD 12/18/2014 | | $0.00 |
| 652 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK LICENSE AGREEMENT - DRIFT ROSES | | $120,779.40 |
| 653 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK LICENSE AGREEMENT - KNOCK OUT FAMILY OF ROSES | | SEE CONTROL #652 |
| 654 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK LICENSE AGREEMENT - LANDSCAPE SHRUB ROSES | | SEE CONTROL #652 |
| 655 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK WOODY LICENSE AGREEMENT | | SEE CONTROL #652 |
| 511 | COLOR SPOT HOLDINGS, INC. | THE SOCO GROUP INC | EQUIPMENT LOAN AND PETROLEUM SUPPLY AGREEMENT | ACCT#: 09-0070354 0284 | $0.00 |
| 513 | COLOR SPOT HOLDINGS, INC. | TODD WILLIAMS JANITORIAL | CONTRACT FOR COLOR SPOT NURSERIES TEMECULA | | $0.00 |
| 550 | COLOR SPOT HOLDINGS, INC. | TONYA HANSEN | INDEPENDENT CONTRACTOR AGREEMENT | | $0.00 |
| 154 | COLOR SPOT HOLDINGS, INC. | TOYOTALIFT INC | COMMERCIAL LEASE AGREEMENT | LEASE NO LA66822 | $0.00 |
| 530 | COLOR SPOT HOLDINGS, INC. | TREE SOURCE, LLC | SALES CONTRACT | CONTRACT NO. CL18-032 | $0.00 |
| 531 | COLOR SPOT HOLDINGS, INC. | TREE SOURCE, LLC | SALES CONTRACT | CONTRACT NO. CL18-031 | $0.00 |
| 40 | COLOR SPOT HOLDINGS, INC. | TREESAP FARMS LLC | SPOT LIGHT SERVICES CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 598 | COLOR SPOT HOLDINGS, INC. | TRICORE SOLUTIONS LLC | SERVICE AGREEMENT | | $0.00 |
| 274 | COLOR SPOT HOLDINGS, INC. | TRUE VALUE COMPANY | MSC PROGRAM AGREEMENT | VENDOR #0622-1 | $0.00 |
| 1093 | COLOR SPOT HOLDINGS, INC. | UNIFIRST CORPORATION | CUSTOMER SERVICE AGREEMENT | | $1,001.61 |
| 1094 | COLOR SPOT HOLDINGS, INC. | UNIFIRST CORPORATION | TERMS OF AGREEMENT | | SEE CONTROL #1093 |
| 1095 | COLOR SPOT HOLDINGS, INC. | UNITED RENTALS | RENTAL RETURN INVOICE# 149077060-012 | CUSTOMER#: 209259 | $4,306.23 |
| 961 | COLOR SPOT HOLDINGS, INC. | UNIVAR USA, INC | MINI-BULK PRODUCT AND EQUIPMENT AGREEMENT | | $1,739.81 |
| 514 | COLOR SPOT HOLDINGS, INC. | UNIVAR USA, INC | MINI-BULK STORAGE TANK AGREEMENT | | $3,403.52 |
| 43 | COLOR SPOT HOLDINGS, INC. | V & P NURSERIES | CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 1096 | COLOR SPOT HOLDINGS, INC. | VAR TECHNOLOGY FINANCE | ADDENDUM TO PURCHASE ORDER & CONDITIONS OF CREDIT APPROVAL | | $0.00 |
| 1097 | COLOR SPOT HOLDINGS, INC. | VAR TECHNOLOGY FINANCE | MASTER LEASE AGREEMENT | | $0.00 |
| 44 | COLOR SPOT HOLDINGS, INC. | VILLAGE NURSERIES | CATEGORY MANAGEMENT AGREEMENT | | $0.00 |
| 389 | COLOR SPOT HOLDINGS, INC. | VW CREDIT LEASING LTD | LEASE AGREEMENT - CLOSED END | DEAL #108176; STK #HN062665 | $0.00 |
| 46 | COLOR SPOT HOLDINGS, INC. | WALMART STORES INC | SAM'S DEALS AGREEMENT | DEAL NO. 1826974 | $0.00 |
| 359 | COLOR SPOT HOLDINGS, INC. | WALMART STORES INC | SUPPLIER CONFIRMATION OF NEW DEAL | DEAL NO: 18849696 | $0.00 |
| 360 | COLOR SPOT HOLDINGS, INC. | WALMART STORES INC | SUPPLIER CONFIRMATION OF NEW DEAL | DEAL NO: 1884934 | $0.00 |
| 361 | COLOR SPOT HOLDINGS, INC. | WALMART STORES INC | WALMART GENERAL MERCHANDISE SUPPLIER AGREEMENT | SUPPLIER NO: 225755-56-9 | $0.00 |
| 362 | COLOR SPOT HOLDINGS, INC. | WALMART STORES INC | WALMART GENERAL MERCHANDISE SUPPLIER AGREEMENT | SUPPLIER NO: 748574-56-0 | $0.00 |
| 363 | COLOR SPOT HOLDINGS, INC. | WALMART STORES INC | WALMART GENERAL MERCHANDISE SUPPLIER AGREEMENT | SUPPLIER NO: 748574-56-1 | $0.00 |
| 1098 | COLOR SPOT HOLDINGS, INC. | WATTS EQUIPMENT COMPANY, INC | RENTAL AGREEMENT | TOYOTA, MODEL 8FGU25 | $1,895.34 |
| 1099 | COLOR SPOT HOLDINGS, INC. | WATTS EQUIPMENT COMPANY, INC | RENTAL AGREEMENT | TOYOTA, MODEL 8FGU25 | SEE CONTROL #1098 |
| 119 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | EQUIPMENT LEASE NO. 287920-400 | $0.00 |

| CONTROL # | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 157 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | LEASE NO 287920-405 | $0.00 |
| 159 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | LEASE NO 287920-402 | $0.00 |
| 160 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | LEASE NO 287920-403 | $0.00 |
| 116 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | MASTER LEASE | MASTER LEASE NO. 287920 | $0.00 |
| 117 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | SUPPLEMENT TO MASTER LEASE | RE: MASTER LEASE DTD 9/27/2013; SUPPLEMENT NO. 287920-401 | $0.00 |
| 158 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | SUPPLEMENT TO MASTER LEASE | SUPPLEMENT NO 287920-404 TO MASTER LEASE NO 287920 DTD 9/27/2013 | $0.00 |
| 1150 | COLOR SPOT NURSERIES, INC. | WESTHOFF VERTRIEBSGESELLSCHAFT MBH | ROYALTY AGREEMENT | | $1,618.00 |
| 1041 | COLOR SPOT HOLDINGS, INC. | WINTERS FOREST GROVE LLC | LEASE FOR 8100 TIMM RD, VACAVILLE, CA | | $91,241.12 |
| 1006 | COLOR SPOT HOLDINGS, INC. | WINTERS FOREST GROVE LLC | LEASE FOR WINTERS GROVE, OR | | $59,473.87 |
| 1044 | COLOR SPOT HOLDINGS, INC. | WINTERS FOREST GROVE LLC | LEASE FOR8633 WINTERS, RD, VACAVILLE, CA | | $348,449.98 |
| 599 | COLOR SPOT HOLDINGS, INC. | XEROX FINANCIAL SERVICES LLC | DELIVERY AND ACCEPTANCE CERTIFICATE | LEASE AGREEMENT NO. 70511 | $8,519.62 |
| 1126 | COLOR SPOT HOLDINGS, INC. | XL CAITLIN INSURANCE GROUP, THE | COMMERCIAL LINE POLICY COMMON POLICY DECLARATION | POLICY NO. RAD500025007, RENEWAL OF RAD500025006 | $0.00 |
| 1128 | COLOR SPOT HOLDINGS, INC. | XL CAITLIN INSURANCE GROUP, THE | COMMERCIAL LINE POLICY COMMON POLICY DECLARATION | POLICY NO. RGE5000251-07, RENEWAL OF RGE5000251-06 | $0.00 |
| 1130 | COLOR SPOT HOLDINGS, INC. | XL INSURANCE AMERICA INC | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY | POLICY NO. RWD5000249-07, RENEWAL OF RWD5000249-06 | $0.00 |
| 1102 | COLOR SPOT HOLDINGS, INC. | XL SPECIALTY INSURANCE COMPANY | COMMERCIAL EXCESS FOLLOW FORM AND UMBRELLA LIABILITY POLICY DECLARATIONS | POLICY NO. US00055475LI17A | $0.00 |
| 1131 | COLOR SPOT HOLDINGS, INC. | XL SPECIALTY INSURANCE COMPANY | COMMERCIAL EXCESS FOLLOW FORM AND UMBRELLA LIABILITY POLICY DECLARATIONS | POLICY NO. US00055475LI18A, RENEWAL OF US00055475LI17A | $0.00 |
| 1056 | COLOR SPOT NURSERIES, INC. | XO COMMUNICATIONS SERVICES LLC | SERVICE ORDER AGREEMENT DTD 8/26/2014 | QUOTE #7-SF-1298567 | $0.00 |
| 532 | COLOR SPOT NURSERIES, INC. | YODER BROTHERS INC | LICENSE AGREEMENT FOR SELF-PROPAGATING FINISHED MATERIAL ONLY | | $64,877.40 |
| 533 | COLOR SPOT NURSERIES, INC. | YODER BROTHERS INC | LICENSE AGREEMENT FOR SELF-PROPAGATING FINISHED MATERIAL ONLY | | SEE CONTROL #532 |