## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **COLOR SPOT HOLDINGS, INC., et al.,**[1] | Case No. 18-11272 (LSS) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748). The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

The Debtors and their officers, employees, agents, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and attorneys disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors.  In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.  The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

### Global Notes and Overview of Methodology

1. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which a Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "as of" Information Date**.  On May 29, 2018 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy

Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On May 30, 2018, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [D.I. 29].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the Petition Date, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the Petition Date**.

3. **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date**,** as set forth in the Debtors' books and records.  Additionally, because the book values of certain assets, such as patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Leased Real Property and Personal Property**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have included on Schedule D (secured debt) lease obligations to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a postpetition basis. However, prepetition liabilities related to ordinary course wages and compensation and certain trade Claims may have been excluded from the Schedules to the extent the Claims have been paid postpetition.

7. **Insiders**. Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor, or *vice versa*. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases, with the exception of certain confidentiality and non-disclosure agreements, have been set forth in Schedule G.

10. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other

relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

    a.    Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

12. **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

13. **Intercompany Transactions**.  In the ordinary course of the Debtors' business, the Debtors have intercompany transactions that offset or eliminate upon consolidation of the Debtors. These intercompany transactions have not been included in the Schedules or Statements.

14. **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were

included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statements.

15. **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<div align="center">

**Specific Disclosures with Respect to the Schedules**

</div>

**Schedule A/B**.  Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

The Debtors maintain, in their records, detail on certain assets, including furniture, fixtures, equipment, machinery, and intangibles, that have been fully depreciated.  Those assets are not listed in Schedule A/B, as the Debtors may no longer be in possession of those assets.

> **Schedules A/B 15**.  Each Debtor's Schedule A/B includes its ownership interest, if any, in any subsidiaries.  In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time. Because (i) investments in subsidiaries and intercompany balances are not maintained on a subsidiary-by-subsidiary basis and (ii) the Debtors did not undertake a historical analysis to assign values to the subsidiary interests, the value of the interest in subsidiaries is listed as "unknown."

> **SSchedule A/B 72**.  The net operating losses ("**NOL**") for the consolidated tax group are listed on Schedule A/B Question 72 for Color Spot Holdings, Inc.  The NOL is not listed on other members of the consolidated tax group.

> **Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75.  The Debtors' failure to list any contingent and/or unliquidated Claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such Claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, were incurred before the Petition Date.

Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real-property lessors, utility companies, and other parties that may hold

security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive.  Therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2.  Furthermore, Claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remittance address, and may include several dates of incurrence for the aggregate balance listed.

Any information contained in Schedule E/F part 2 with respect to potential litigation shall not be a binding admission or representation of the any Debtor's liability with respect to any of the potential suits and proceedings included therein.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid (subject to an order of the Bankruptcy Court) in connection with the assumption of executory contracts or unexpired leases.  Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

**Schedule G**.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  In some cases, the same supplier or provider appears multiple times on Schedule G.  Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or terminated prior to the Petition Date, or may have been rejected after the Petition Date.  The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on Schedule G expired or terminated prior to the Petition Date.  Additionally, some of the contracts, agreements, and leases listed on Schedule G may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as co-debtors on Schedule H.  Any listing of a Debtor on Schedule H is subject to the characterization of the underlying obligations made by such Debtor on its own Schedules.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Statements

Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.  The Debtors have only listed the Debtor entity that disbursed the payment.

**Statement 1**.  The revenue amounts shown in response to this question are net of returns and allowances as reported on the Debtors' federal income tax returns.

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by or on behalf of the Debtors within 90 days before the Petition Date, where the aggregate value of payments made to a party in those 90 days is equal to or greater than $6,425, except for those made to

insiders (which payments appear in response to Statement 4), made as part of regular and ordinary course payroll disbursements, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  The Debtors reserve all rights to dispute whether someone identified in response to Statement 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments and/or relocation reimbursement.  However, amounts paid on behalf of such employees for generally applicable employee benefit programs have not been included.  Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.  The Debtors have only listed the Debtor entity that disbursed the payment.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 6**.  The Debtors routinely incur setoffs resulting from the ordinary course of business with their vendors.  Such setoffs are consistent with the ordinary course practices in the Debtors' industry.  Additionally, it would be overly burdensome and costly for the Debtors to list all such normal setoffs.  Therefore, Statement 6 excludes such setoffs.

**Statement 7**.  The actions described in response to Statement 7 are the responsive proceedings or pending proceedings of which the Debtors are actually aware.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**.  Although the services of any entity who provided a Debtor with consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date were provided for the benefit of all the Debtors, the payments for such services were made by Color Spot Nurseries, Inc., and are, therefore listed on Color Spot Nurseries, Inc.'s response to Statement 11.

**Statement 20**.  Off-premises storage locations are owned and operated by independent third parties, including manufacturers.  As such, the Debtors are unable to determine all of the individuals with access to those storage locations.

**Statement 25**.  The Debtors' interests in indirect subsidiaries are included on Statement 25 for each of the Debtors.

**<u>Statement 26d</u>**.  The Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**<u>Statement 28</u>**.  For purposes of Statement 28, the Debtors' officers, directors, and shareholders with over 5% interest in the Debtors have been included.

**Fill in this information to identify the case:**

Debtor     Hines Growers, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    18-11274
(if known)

☐ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| | UNKNOWN |

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| | $17,982,124.50 |

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| | $17,982,124.50 |

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| | |
|---|---|
| | $118,772,601.51 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| | UNKNOWN |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| | |
|---|---|
| + | $6,229,125.91 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| | |
|---|---|
| | $125,001,727.42 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hines Growers, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11274 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. CASH ON HAND** | |
| 2.1.  PETTY CASH | $1,459.69 |
| **3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | |
| N/A | |
| **4. OTHER CASH EQUIVALENTS** | |
| N/A | |
| **5 Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,459.69 |

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1.  LEVEL 3 COMMUNICATIONS - PHONE SYSTEM | $9,739.60 |
| 7.2.  PORTLAND GENERAL ELECTRIC - ELECTRICITY | $29,900.92 |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |

| | Current value of debtor's interest |
|---|---|
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. DLT GROWERS - PREPAYMENT PO 4500343447 | $12,697.30 |
| 8.2. TREE SOURCE - PREPAYMENT PO 4500343344 | $132,209.00 |
| 8.3. TREE SOURCE - PREPAYMENT PO 4500344900 | $116,655.00 |
| 8.4. TUALATIN IRRIGATION DISTRICT - IRRIGATION FEE FOR 2018 | $39,076.86 |
| **9 Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $340,278.68 |

## Part 3: ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | |
| 90 DAYS OLD OR LESS | $17,396,267.76 <br> face amount | $0.00 <br> doubtful or uncollectable accounts = ➜ | $17,396,267.76 |
| OVER 90 DAYS OLD | $244,118.37 <br> face amount | doubtful or uncollectable accounts = ➜ | $244,118.37 |

| **12 Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $17,640,386.13 |
|---|---|

## Part 4: INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| **17 Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | |

## Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| 19.1.   RAW MATERIALS | 12/31/2017 | $3,906,245.34 | STANDARD COST | UNKNOWN |
| **20. WORK IN PROGRESS** | | | | |
| 20.1.   WORK IN PROGRESS | 12/31/2017 | $8,013,388.08 | STANDARD COST | UNKNOWN |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.   FINISHED GOODS | 12/31/2017 | $58,207,411.92 | STANDARD COST | UNKNOWN |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| N/A | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

<div style="text-align:right">UNKNOWN</div>

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes   Book value   $1,233,565.96   Valuation method   Standard Cost    Current value UNKNOWN

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☐ No. Go to Part 7.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| N/A | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| N/A | | | |
| **30. FARM MACHINERY AND EQUIPMENT   (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 30.1.   MACHINE & EQUIPMENT - FARM | $409,239.32 | DEPRECIATED BOOK VALUE | UNKNOWN |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| N/A | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| N/A | | | |

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

<div style="text-align:right">UNKNOWN</div>

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.   Is any of the debtor's property stored at the cooperative?
     ☒ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ☑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **OFFICE FURNITURE** | | | |
| 40. **OFFICE FIXTURES** | | | |
| 41. **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 42. **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

43 **Total of Part 7.**
   ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 8:   MACHINERY, EQUIPMENT, AND VEHICLES

46. **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   AUTOMOBILES | $20,470.43 | DEPRECIATED BOOK VALUE | UNKNOWN |
| 48. **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| N/A | | | |
| 49. **AIRCRAFT AND ACCESSORIES** | | | |
| N/A | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | LEASING (CAPITAL) | $1,293,629.03 | DEPRECIATED BOOK VALUE | UNKNOWN |
| 50.2. | MACHINE & EQUIPMENT - MISCELLANEOUS | $223,608.82 | DEPRECIATED BOOK VALUE | UNKNOWN |
| 50.3. | MACHINE & EQUIPMENT - TRANSPORTATION | $67,666.16 | DEPRECIATED BOOK VALUE | UNKNOWN |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

<div style="border:1px solid">UNKNOWN</div>

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2500 RAINBOW VALLEY ROAD, FALLBROOK, CA 92028 (LEASEHOLD)<br>2002 RAINBOW VALLEY ROAD, FALLBROOK, CA 92028 (LEASEHOLD) | AS STATED IN DESCRIPTION | $869,026.02 | DEPRECIATED BOOK VALUE | UNKNOWN |
| 55.2. 45296 SW RITCHEY ROAD, FOREST GROVE, OR 97116 (LEASEHOLD)<br>36790 SW Nursery ROAD, CORNELIUS, OR 97113 (LEASEHOLD)<br>34665 S.W. DOBER ROAD, CORNELIUS, OR 97113 (LEASEHOLD) | AS STATED IN DESCRIPTION | $334,205.71 | DEPRECIATED BOOK VALUE | UNKNOWN |
| 55.3. 8633 WINTERS ROAD, WINTERS, CA 95696 (LEASEHOLD)<br>8100 TIMM ROAD, VACAVILLE, CA 95688 (LEASEHOLD) | AS STATED IN DESCRIPTION | $990,364.14 | DEPRECIATED BOOK VALUE | UNKNOWN |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

<div style="border:1px solid">UNKNOWN</div>

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.   PATENT - ABELIA X GRAND IFLORA PLANT NAMED 'WHITE MARVEL' PUBLICATION NO. USPP013430P3 | UNKNOWN | | UNKNOWN |
| 60.2.   PATENT - ACER PALMATUM PLANT NAMED 'FUJINAMI NISHIKI' PUBLICATION NO. USPP015910P3 | UNKNOWN | | UNKNOWN |
| 60.3.   PATENT - AGAPANTHUS PLANT NAMED 'HINAG' PUBLICATION NO. USPP010866P | UNKNOWN | | UNKNOWN |
| 60.4.   PATENT - AGAPANTHUS PLANT NAMED 'HINESAG1' PUBLICATION NO. USPP025204P3 | UNKNOWN | | UNKNOWN |
| 60.5.   PATENT - ALBIZIA JULIBRISSIN TREE NAMED 'SUMMER CHOCOLATE' PUBLICATION NO. USPP013822P2 | UNKNOWN | | UNKNOWN |
| 60.6.   PATENT - AUCUBA JAPONICA PLANT NAMED 'NATSU-NO-KUMA' PUBLICATION NO. USPP014744P3 | UNKNOWN | | UNKNOWN |
| 60.7.   PATENT - BUDDLEIA PLANT NAMED 'HINEBUD1' PUBLICATION NO. USPP023498P2 | UNKNOWN | | UNKNOWN |
| 60.8.   PATENT - BUDDLEIA PLANT NAMED 'HINEBUD2' PUBLICATION NO. USPP024030P3 | UNKNOWN | | UNKNOWN |
| 60.9.   PATENT - BUDDLEIA PLANT NAMED 'HINEBUD3' PUBLICATION NO. USPP024300P2 | UNKNOWN | | UNKNOWN |
| 60.10.   PATENT - CAMELLIA PLANT NAMED 'EIINACASCADE' PUBLICATION NO. USPP012304P2 | UNKNOWN | | UNKNOWN |
| 60.11.   PATENT - CAMELLIA ROSTHORNIANA PLANT NAMED 'EIINA' PUBLICATION NO. USPP012349P2 | UNKNOWN | | UNKNOWN |
| 60.12.   PATENT - CAMPSIS RADICANS NAMED 'TAKARAZUKA VARIEGATED' PUBLICATION NO. USPP012245P2 | UNKNOWN | | UNKNOWN |
| 60.13.   PATENT - CARPINUS COREANA PLANT NAMED 'KURO BIJIN' PUBLICATION NO. USPP014838P3 | UNKNOWN | | UNKNOWN |
| 60.14.   PATENT - CORYLOPSIS SPICATA PLANT NAMED 'GOLDEN SPRING' PUBLICATION NO. USPP013821P2 | UNKNOWN | | UNKNOWN |
| 60.15.   PATENT - DISANTHUS CERCIDIFOLIUS NAMED 'SEIJU YAMAGUCHI' PUBLICATION NO. USPP013823P2 | UNKNOWN | | UNKNOWN |
| 60.16.   PATENT - EUPHORBIA CYATHOPHORA PLANT NAMED 'YOKOI'S WHITE' PUBLICATION NO. USPP012510P3 | UNKNOWN | | UNKNOWN |
| 60.17.   PATENT - HIBISCUS ROSA-GROWERS. INC. SINENSIS PLANT NAMED 'SMILEY FACE' PUBLICATION NO. USPP015926P3 | UNKNOWN | | UNKNOWN |
| 60.18.   PATENT - HIBISCUS ROSA-SINENSIS PLANT NAME 'AMAZON QUEEN' PUBLICATION NO. USPP013674P2 | UNKNOWN | | UNKNOWN |
| 60.19.   PATENT - HIBISCUS ROSASINENSIS PLANT NAMED 'BIG BIRD' PUBLICATION NO. USPP017523P3 | UNKNOWN | | UNKNOWN |
| 60.20.   PATENT - HIBISCUS ROSASINENSIS PLANT NAMED 'ENLIGHTENMENT' PUBLICATION NO. USPP017577P3 | UNKNOWN | | UNKNOWN |
| 60.21.   PATENT - HIBISCUS ROSA-SINENSIS PLANT NAMED 'FOREVER YOUNG' PUBLICATION NO. USPP015258P2 | UNKNOWN | | UNKNOWN |
| 60.22.   PATENT - HIBISCUS ROSASINENSIS PLANT NAMED 'HEARTBEAT' PUBLICATION NO. USPP015423P2 | UNKNOWN | | UNKNOWN |
| 60.23.   PATENT - HIBISCUS ROSASINENSIS PLANT NAMED 'HOLLYWOOD' PUBLICATION NO. USPP017466P2 | UNKNOWN | | UNKNOWN |
| 60.24.   PATENT - HIBISCUS ROSASINENSIS PLANT NAMED 'ISLAND MAGIC' PUBLICATION NO. USPP017470P2 | UNKNOWN | | UNKNOWN |
| 60.25.   PATENT - HIBISCUS ROSA-SINENSIS PLANT NAMED 'MOON PIE' PUBLICATION NO. USPP015257P2 | UNKNOWN | | UNKNOWN |
| 60.26.   PATENT - HIBISCUS ROSA-SINENSIS PLANT NAMED 'NOVA' PUBLICATION NO. USPP015281P2 | UNKNOWN | | UNKNOWN |
| 60.27.   PATENT - HIBISCUS ROSA-SINENSIS PLANT NAMED 'SATIN PILLOW' PUBLICATION NO. USPP013651P2 | UNKNOWN | | UNKNOWN |
| 60.28.   PATENT - HIBISCUS ROSA-SINENSIS PLANT NAMED 'SNOWFIRE' PUBLICATION NO. USPP014164P2 | UNKNOWN | | UNKNOWN |
| 60.29.   PATENT - HYDRANGEA ANOMALA SUBSPECIES PETIOLARIS PLANT NAMED 'KASAI' PUBLICATION NO. USPP013845P2 | UNKNOWN | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.30. PATENT - HYDRANGEA ANOMALA SUBSPECIES PETIOLARIS PLANT NAMED 'KUGA VARIEGATED' PUBLICATION NO. USPP013247P2 | UNKNOWN | | UNKNOWN |
| 60.31. PATENT - HYDRANGEA HYBRID PLANT NAMED 'SWEET CAROL' PUBLICATION NO. USPP015239P3 | UNKNOWN | | UNKNOWN |
| 60.32. PATENT - HYDRANGEA HYBRID PLANT NAMED 'SWEET CHRIS' PUBLICATION NO. USPP015222P3 | UNKNOWN | | UNKNOWN |
| 60.33. PATENT - HYDRANGEA MACROPHYLLA NAMED 'YELLOWLEAF' PUBLICATION NO. USPP012701P2 | UNKNOWN | | UNKNOWN |
| 60.34. PATENT - HYDRANGEA PANICULATA PLANT NAMED 'SHIKOKU FLASH' PUBLICATION NO. USPP015624P3 | UNKNOWN | | UNKNOWN |
| 60.35. PATENT - HYDRANGEA SERRATA PLANT NAMED 'OKAN' PUBLICATION NO. USPP014970P3 | UNKNOWN | | UNKNOWN |
| 60.36. PATENT - JUNIPER PLANT NAMED 'TAYLOR'S BLUE' PUBLICATION NO. USPP012033P2 | UNKNOWN | | UNKNOWN |
| 60.37. PATENT - KERRIA JAPONICA PLANT NAMED 'FUBUKI NISHIKI' PUBLICATION NO. USPP015247P3 | UNKNOWN | | UNKNOWN |
| 60.38. PATENT - LEUCOTHOE PLANT NAMED 'FONTANESIANA TRICOLOR' PUBLICATION NO. USPP011008P | UNKNOWN | | UNKNOWN |
| 60.39. PATENT - LONICERA JAPONICA 'HINLON' PUBLICATION NO. USPP010317P | UNKNOWN | | UNKNOWN |
| 60.40. PATENT - LOROPETALUM CHINENSE VARIETY RUBRUM NAMED 'MELTING POT' PUBLICATION NO. USPP015625P3 | UNKNOWN | | UNKNOWN |
| 60.41. PATENT - LOROPETALUM CHINENSE VARIETY RUBRUM NAMED 'MOSAIC' PUBLICATION NO. USPP013693P2 | UNKNOWN | | UNKNOWN |
| 60.42. PATENT - LOROPETALUM PLANT NAMED "HINDWARF" PUBLICATION NO. USPP012203P2 | UNKNOWN | | UNKNOWN |
| 60.43. PATENT - LYCIANTHES PLANT NAMED 'VARIEGATED SPLASH' PUBLICATION NO. USPP011957P2 | UNKNOWN | | UNKNOWN |
| 60.44. PATENT - MAGNOLIA VIRGINIANA NAMED 'MATTIE MAE SMITH' PUBLICATION NO. USPP012404P2 | UNKNOWN | | UNKNOWN |
| 60.45. PATENT - PACHYCENTRIA FORMOSANA PLANT NAMED 'GIFU VARIEGATED' PUBLICATION NO. USPP015522P3 | UNKNOWN | | UNKNOWN |
| 60.46. PATENT - PHLOX PLANT NAMED 'NIHON KAKI VARIEGATED' PUBLICATION NO. USPP012002P2 | UNKNOWN | | UNKNOWN |
| 60.47. PATENT - PLANT VARIETY DAVIDIA INVOLUCRATA NAMED 'AYA NISHIKI' PUBLICATION NO. USPP017066P3 | UNKNOWN | | UNKNOWN |
| 60.48. PATENT - PLANT VARIETY OF DAVIDIA INVOLUCRATE NAMED 'PURPLELEAF PUBLICATION NO. USPP017203P3 | UNKNOWN | | UNKNOWN |
| 60.49. PATENT - PLANT VARIETY OF LONICERAXBROWNII NAMED 'KRISTIN'S GOLD' PUBLICATION NO. USPP012836P2 | UNKNOWN | | UNKNOWN |
| 60.50. PATENT - PLANT VARIETY OF LOROPETALUM CHINENSE VAR.RUBRUM NAMED 'SATO'S DWARF RED' PUBLICATION NO. USPP017669P3 | UNKNOWN | | UNKNOWN |
| 60.51. PATENT - PLANT VARIETY OF VINCA MINOR NAMED 'GIANT STEPS' PUBLICATION NO. USPP016651P3 | UNKNOWN | | UNKNOWN |
| 60.52. PATENT - SKIMMIA JAPONICA NAMED 'RANSO EN' PUBLICATION NO. USPP015765P3 | UNKNOWN | | UNKNOWN |
| 60.53. PATENT - TIBOUCHINA PLANT NAMED 'ANGYO LAVENDER' PUBLICATION NO. USPP012034P2 | UNKNOWN | | UNKNOWN |
| 60.54. PATENT - TIBOUCHINA PLANT NAMED 'ANGYO WHITE' PUBLICATION NO. USPP012265P2 | UNKNOWN | | UNKNOWN |
| 60.55. PATENT - TILIA CORDATA PLANT GROWERS, INC. NAMED 'SHIBAMICHI GOLD' PUBLICATION NO. USPP016433P3 | UNKNOWN | | UNKNOWN |
| 60.56. PATENT - TULBAGHIA PLANT NAMED 'HINETUL1' PUBLICATION NO. USPP025293P3 | UNKNOWN | | UNKNOWN |
| 60.57. PATENT - YUCCA RECURVIFOLIA PLANT NAMED 'HINVARGAS' PUBLICATION NO. USPP012192P2 | UNKNOWN | | UNKNOWN |
| 60.58. TRADEMARK - ANGEL WHITE SERIAL NO. 4837076 | UNKNOWN | | UNKNOWN |
| 60.59. TRADEMARK - BLOOMTASTIC! SERIAL NO. 4209886 | UNKNOWN | | UNKNOWN |
| 60.60. TRADEMARK - BLOOMTASTIC! SERIAL NO. 4210213 | UNKNOWN | | UNKNOWN |
| 60.61. TRADEMARK - CALIFORNIA TREASURES SERIAL NO. 4255299 | UNKNOWN | | UNKNOWN |
| 60.62. TRADEMARK - CAMEO  SERIAL NO. 1865914 | UNKNOWN | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.63. TRADEMARK - EVERGREEN BEAUTY SERIAL NO. 4318516 | UNKNOWN | | UNKNOWN |
| 60.64. TRADEMARK - FANTASTIC BLOOMS ... EVERY TIME SERIAL NO. 4209891 | UNKNOWN | | UNKNOWN |
| 60.65. TRADEMARK - FESTIVAL POT SERIAL NO. 1943943 | UNKNOWN | | UNKNOWN |
| 60.66. TRADEMARK - GARDEN PARTY SERIAL NO. 2451683 | UNKNOWN | | UNKNOWN |
| 60.67. TRADEMARK - GULF GREEN SERIAL NO. 1705287 | UNKNOWN | | UNKNOWN |
| 60.68. TRADEMARK - H SERIAL NO. 1714001 | UNKNOWN | | UNKNOWN |
| 60.69. TRADEMARK - HINESG SERIAL NO. 1601244 | UNKNOWN | | UNKNOWN |
| 60.70. TRADEMARK - IVORY CARPET SERIAL NO. 1948705 | UNKNOWN | | UNKNOWN |
| 60.71. TRADEMARK - MARIAN RED ROBIN SERIAL NO. 2077119 | UNKNOWN | | UNKNOWN |
| 60.72. TRADEMARK - PATIO TROPICS SERIAL NO. 1944103 | UNKNOWN | | UNKNOWN |
| 60.73. TRADEMARK - PLUM DELIGHT SERIAL NO. 2103789 | UNKNOWN | | UNKNOWN |
| 60.74. TRADEMARK - PURPLEICIOUS SERIAL NO. 4813180 | UNKNOWN | | UNKNOWN |
| 60.75. TRADEMARK - SUMMER GOLD SERIAL NO. 2530126 | UNKNOWN | | UNKNOWN |
| 60.76. TRADEMARK - SUMMER SKY SERIAL NO. 4251571 | UNKNOWN | | UNKNOWN |
| 60.77. TRADEMARK - WATER RELIEF SERIAL NO. 4232986 | UNKNOWN | | UNKNOWN |
| 60.78. TRADEMARK - WINTER PRIDE SERIAL NO. 1615964 | UNKNOWN | | UNKNOWN |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. HINESHORT.COM | UNKNOWN | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| N/A | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| N/A | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| N/A | | | |
| **65. GOODWILL** | | | |
| N/A | | | |

| 66 | Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | UNKNOWN |
|---|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11: ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. NOTES RECEIVABLE**
DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

|  | Current value of debtor's interest |
|---|---|

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,459.69 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $340,278.68 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $17,640,386.13 | |
| **83. Investments.** *Copy line 17, Part 4.* | | |
| **84. Inventory.** *Copy line 23, Part 5.* | UNKNOWN | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | UNKNOWN | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNKNOWN | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNKNOWN |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90. All other assets.** *Copy line 78, Part 11.* | ✛ | |
| **91. Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $17,982,124.50 | ✛ 91b. UNKNOWN |

| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $17,982,124.50 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hines Growers, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11274 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.   **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | *Do not deduct the value of collateral.* | |

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Column A | Column B |
|--|--|----------|----------|
|  | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
BLACK DIAMOND COMMERCIAL FINANCE L.L.C.

**Creditor's mailing address**
AS AGENT
ONE CONWAY PARK
100 FIELD DRIVE, SUITE 140
LAKE FOREST, IL  60045

**Creditor's email address**
HGRAVENHORST@BDCF.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    WELLS FARGO: PERSONAL PROPERTY COLLATERAL - 1
    REAL ESTATE PROPERTY COLLATERAL (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY) - 1
    REAL PROPERTY COLLATERAL - 2

    CFC: PERSONAL PROPERTY COLLATERAL - 2
    REAL PROPERTY COLLATERAL - 1

    BLACK DIAMOND: PERSONAL PROPERTY COLLATERAL - 3
    REAL ESTATE PROPERTY COLLATERAL (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY) - 2
    REAL PROPERTY COLLATERAL - 3

    ALL OTHER CREDITORS' INTEREST IS SUBJECT TO THE INTERESTS OF THE SECURED CREDITORS LISTED ABOVE WHO HAVE SECURITY INTERESTS IN SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS IN THE PRIORITY SPECIFIED.

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY, REAL PROPERTY AND REAL PROPERTY (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY)

**Describe the lien**
THIRD LIEN TERM LOAN AGREEMENT, DATED AS OF DECEMBER 23, 2014 - CO-GUARANTOR

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $14,881,310.17
Column B: UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.2**

**Creditor's name**
CAPITAL FARM CREDIT, FLCA

**Creditor's mailing address**
4801 PLAZA ON THE LAKE DRIVE
SUITE 1122
AUSTIN, TX 78746

**Creditor's email address**
SCOT.VIDRINE@CAPITALFARMCREDIT.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 4972

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY AND REAL PROPERTY

**Describe the lien**
LOAN AGREEMENT, DATED AS OF DECEMBER 23, 2014 - CO-BORROWER

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $20,466,166.71
Column B: UNKNOWN

---

**2.3**

**Creditor's name**
DEERE CREDIT INC.

**Creditor's mailing address**
6400 NW 86TH ST.
JOHNSTON, IA 50131

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY SUBJECT OF UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.4**

**Creditor's name**
HYG FINANCIAL SERVICES, INC.

**Creditor's mailing address**
300 E JOHN CARPENTER FREEWAY
IRVING, TX 75062-2712

**Creditor's email address**

**Date or dates debt was incurred**
6/28/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
QTY 4 HYSTER H35FT FORKLIFTS

**Describe the lien**
SECURITY AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $34,087.53
Column B: UNKNOWN

---

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.5**

**Creditor's name**
WELLS FARGO BANK

**Creditor's mailing address**
NATIONAL ASSOCIATION, AS AGENT
333 SOUTH GRAND AVE., 7TH FLOOR
MAC E2064-07A
LOS ANGELES, CA  90071

**Creditor's email address**
JEFFREY.K.SCOTT@WELLSFARGO.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5471

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY, REAL PROPERTY AND REAL PROPERTY (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY)

**Describe the lien**
NINTH AMENDED AND RESTATED CREDIT AGREEMENT, DATED AS OF MAY 25, 2017 - CO-BORROWER

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$82,791,037.10          UNKNOWN

**2.6**

**Creditor's name**
WELLS FARGO BANK

**Creditor's mailing address**
NATIONAL ASSOCIATION, AS AGENT
333 SOUTH GRAND AVE., 7TH FLOOR
MAC E2064-07A
LOS ANGELES, CA  90071

**Creditor's email address**
JEFFREY.K.SCOTT@WELLSFARGO.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5471

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY, REAL PROPERTY AND REAL PROPERTY (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY)

**Describe the lien**
TERM NOTE - CO-GUARANTOR

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$300,000.00          UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| 2.7 | **Creditor's name** <br> WELLS FARGO BANK <br><br> **Creditor's mailing address** <br> NATIONAL ASSOCIATION, AS AGENT <br> 333 SOUTH GRAND AVE., 7TH FLOOR <br> MAC E2064-07A <br> LOS ANGELES, CA 90071 <br><br> **Creditor's email address** <br> JEFFREY.K.SCOTT@WELLSFARGO.COM <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** 5471 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes <br>   The relative priority of creditors is specified on lines 2.1 | **Describe debtor's property that is subject to a lien** <br> PERSONAL PROPERTY, REAL PROPERTY AND REAL PROPERTY (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY) <br><br> **Describe the lien** <br> TERM NOTE - CO-BORROWER <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $300,000.00 | UNKNOWN |
| 2.8 | **Creditor's name** <br> WELLS FARGO BANK <br><br> **Creditor's mailing address** <br> NATIONAL ASSOCIATION, AS AGENT <br> 333 SOUTH GRAND AVE., 7TH FLOOR <br> MAC E2064-07A <br> LOS ANGELES, CA 90071 <br><br> **Creditor's email address** <br> JEFFREY.K.SCOTT@WELLSFARGO.COM <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** 5471 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes <br>   The relative priority of creditors is specified on lines 2.1 | **Describe debtor's property that is subject to a lien** <br> PERSONAL PROPERTY, REAL PROPERTY AND REAL PROPERTY (RELATED TO THE DEBTORS' LEASEHOLD INTERESTS IN PROPERTY) <br><br> **Describe the lien** <br> NINTH AMENDED AND RESTATED CREDIT AGREEMENT, DATED AS OF MAY 25, 2017 (OVERADVANCE) - CO-BORROWER <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $118,772,601.51 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hines Growers, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11274 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>1600 WEST MONROE STEET<br>PHOENIX, AZ 85007-2650<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29079<br>PHOENIX, AZ 85038-9079<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>CALIF DEPT OF FOOD AND AGRICULTURE<br>1220 N STREET<br> SACRAMENTO, CA 95814<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.4 | **Priority creditor's name and mailing address**<br>CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>P.O. BOX 942879<br>SACRAMENTO, CA  94279-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.5 | **Priority creditor's name and mailing address**<br>CITY AND COUNTY OF SAN FRANCISCO<br>1 DR. CARLTON B GOODLETT PL RM 008<br>SAN FRANCISCO, CA  94102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.6 | **Priority creditor's name and mailing address**<br>CITY OF BURLINGAME  CITY ATTORNEY<br>501 PRIMROSE RD. 1ST FLOOR<br>BURLINGAME, CA  94010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.7 | **Priority creditor's name and mailing address**<br>CITY OF CARSON<br>701 E CARSON ST.<br>CARSON, CA  90745<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.8 | **Priority creditor's name and mailing address**<br>CITY OF CHANDLER<br>P.O. BOX 4008<br>CHANDLER, AZ  85244-4008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | | |
|---------|-----------------|--|--|--|--|

| | | | Total claim | Priority amount |
|--|--|--|--|--|

**2.9**

**Priority creditor's name and mailing address**

CITY OF CORCORAN
832 WHITLEY AVE.
CORCORAN, CA 93212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.10**

**Priority creditor's name and mailing address**

CITY OF FREMONT
3300 CAPITOL AVE.
FREMONT, CA 94538

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.11**

**Priority creditor's name and mailing address**

CITY OF GARDEN GROVE
11222 ACACIA PKWY.
GARDEN GROVE, CA 92840

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.12**

**Priority creditor's name and mailing address**

CITY OF GLENDALE
CITY HALL  5850 W. GLENDALE AVE.
GLENDALE, AZ 85301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.13**

**Priority creditor's name and mailing address**

CITY OF HAWTHORNE
4455 WEST 126TH STREET
HAWTHORNE, CA  90250-4462

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.14**

**Priority creditor's name and mailing address**

CITY OF HEMET
445 EAST FLORIDA AVENUE
 HEMET, CA  92543-4209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15**

**Priority creditor's name and mailing address**

CITY OF LOS ANGELES
200 N. SPRING ST.
 LOS ANGELES, CA  90012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.16**

**Priority creditor's name and mailing address**

CITY OF MESA
P.O. BOX 1466
 MESA, AZ  85211-1466

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17**

**Priority creditor's name and mailing address**

CITY OF OAKLAND
CITY HALL 1 FRANK H,. OGAWA PLAZA
OAKLAND, CA  94612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18**

**Priority creditor's name and mailing address**

CITY OF ORANGE
300 E. CHAPMAN AVE.
 ORANGE, CA  92866

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.19 | **Priority creditor's name and mailing address**<br>CITY OF PHOENIX<br>P.O. BOX 29125<br>PHOENIX, AZ  85038-9125<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.20 | **Priority creditor's name and mailing address**<br>CITY OF PLEASANTON<br>P.O. BOX 520<br>PLEASONTON, CA  94566<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.21 | **Priority creditor's name and mailing address**<br>CITY OF PORT HUENEME<br>250 N VENTURA ROAD<br>PORT HUENEME, CA  93041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.22 | **Priority creditor's name and mailing address**<br>CITY OF PORTERVILLE<br>291 N MAIN STREET<br>PORTERVILLE, CA  93257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.23 | **Priority creditor's name and mailing address**<br>CITY OF RANCHO CUCAMONGA<br>10500 CIVIC CENTER DR.<br>RANCHO CUCAMONGA, CA  91730<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.24**

**Priority creditor's name and mailing address**

CITY OF RENO
P.O. BOX 1900
 RENO,  NV  89505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.25**

**Priority creditor's name and mailing address**

CITY OF SALINAS
CITY HALL 200 LINCOLN AVE.
 SALINAS,  CA  93901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.26**

**Priority creditor's name and mailing address**

CITY OF SAN JOSE
200 E. SANTA CLARA ST.
 SAN JOSE,  CA  95113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.27**

**Priority creditor's name and mailing address**

CITY OF SAN JUAN CAPISTRANO
32400 PASEO ADELANTO
 SAN JUAN CAPISTRANO,  CA  92675

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.28**

**Priority creditor's name and mailing address**

CITY OF SCOTTSDALE
3939 N. DRINKWATER BLVD.
 SCOTTSDALE, AZ  85251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.29 | **Priority creditor's name and mailing address**<br><br>CITY OF STANTON<br>7800 KATELLA AVE.<br>STANTON, CA 90680<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>CITY OF TEMPE<br>CITY ATTORNEYS OFFICE, CIVIL DIVISION<br>21 E 6TH ST. STE 20<br>TEMPE, AZ 85281<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>CITY OF TUCSON<br>P.O. BOX 27320<br>TUCSON, AZ 85726-7320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>CITY OF VENTURA<br>P.O. BOX 99<br>VENTURA, CA 93002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.33 | **Priority creditor's name and mailing address**<br><br>CITY OF VISALIA<br>315 E ACEQUIA<br>VISALIA, CA 93278-4002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34**  **Priority creditor's name and mailing address**

CITY OF WALNUT CREEK
1666 N. MAIN STREET
WALNUT CREEK, CA 94596

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.35**  **Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER, CO 80261-0013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.36**  **Priority creditor's name and mailing address**

COLORADO SECRETARY OF STATE
1700 BROADWAY
SUITE 200
DENVER, CO 80290

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.37**  **Priority creditor's name and mailing address**

COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX 78714-9348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.38**  **Priority creditor's name and mailing address**

CORPORATE INCOME TAX, KANSAS DEPT. OF REVENUE
915 SW HARRISON ST.
TOPEKA, KS 66612-588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.39 | **Priority creditor's name and mailing address**<br>DIVISION OF CORPORATIONS - DELAWARE<br>P.O. BOX 5509<br>BINGHAMPTON, NY  13902-5509<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.40 | **Priority creditor's name and mailing address**<br>FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA  94257-0531<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.41 | **Priority creditor's name and mailing address**<br>ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19004<br>SPRINGFIELD, IL  62794-9004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.42 | **Priority creditor's name and mailing address**<br>NEW JERSEY DIVISION OF TAXATION<br>P.O. BOX 666<br>TRENTON, NJ  08646-0666<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.43 | **Priority creditor's name and mailing address**<br>NEW MEXICO TAXATION & REVENUE DPT<br>P.O. BOX 25127<br>SANTA FE, NM  87504-5127<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address**<br><br>OKLAHOMA TAX COMMISSION<br>P.O. BOX 26890<br>OKLAHOMA CITY, OK 73126-0890<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.45 | **Priority creditor's name and mailing address**<br><br>ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.46 | **Priority creditor's name and mailing address**<br><br>OREGON DEPARTMENT OF AGRICULTURE<br>P.O. BOX 4395 UNIT 17<br>PORTLAND, OR 97208-4395<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.47 | **Priority creditor's name and mailing address**<br><br>OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST. N.E.<br>SALEM, OR 97301-2555<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.48 | **Priority creditor's name and mailing address**<br><br>OREGON SECRETARY OF STATE CORPORATION DIVISION<br>255 CAPITOL ST. N.E.<br>SALEM, OR 97310<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.49 | **Priority creditor's name and mailing address**<br><br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>P.O. BOX 280427<br>HARRISBURG, PA 17128-0427<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.50 | **Priority creditor's name and mailing address**<br><br>SAN DIEGO TREASURER-TAX COLLECTOR<br>P.O. BOX 129009<br>SAN DIEGO, CA 92112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.51 | **Priority creditor's name and mailing address**<br><br>SAN DIEGO TREASURER-TAX COLLECTOR<br>P.O. BOX 129009<br>SAN DIEGO, CA 92112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.52 | **Priority creditor's name and mailing address**<br><br>SECRETARY OF STATE NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701-4201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.53 | **Priority creditor's name and mailing address**<br><br>SECRETARY OF STATE BUSINESS PROGRAMS DIVISION<br>P.O. BOX 944230<br>SACRAMENTO, CA 94244-2300<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.54** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
|  | SOLANO COUNTY ASESSOR/RECORDER<br>675 TEXAS ST.<br>SUITE 2700<br>FAIRFIELD, CA 94533-6338 |  |  |
|  | **Date or dates debt was incurred** |  |  |
|  | **Last 4 digits of account number:** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) |  |  |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| **2.55** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
|---|---|---|---|
|  | STATE OF NEVADA-SALES & USE TAX<br>P.O. BOX 52609<br>PHOENIX, AZ 85072-2609 |  |  |
|  | **Date or dates debt was incurred** |  |  |
|  | **Last 4 digits of account number:** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) |  |  |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| **2.56** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
|---|---|---|---|
|  | STATE OF WASHINGTON DEPT. OF REVENUE<br>P.O. BOX 47464<br>OLYMPIA, WA 98504-7464 |  |  |
|  | **Date or dates debt was incurred** |  |  |
|  | **Last 4 digits of account number:** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) |  |  |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| **2.57** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
|---|---|---|---|
|  | UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134-0180 |  |  |
|  | **Date or dates debt was incurred** |  |  |
|  | **Last 4 digits of account number:** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) |  |  |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| **2.58** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
|---|---|---|---|
|  | UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134-0180 |  |  |
|  | **Date or dates debt was incurred** |  |  |
|  | **Last 4 digits of account number:** |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) |  |  |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page | | | | Total claim | Priority amount |
|---|---|---|---|

| 2.59 | **Priority creditor's name and mailing address**<br>VERMONT DEPT OF TAXES<br>128 STATE STREET<br>MONTPELIER, VT 05633-1104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.60 | **Priority creditor's name and mailing address**<br>WASHINGTON COUNTY A&T<br>155 N. FIRST AVENUE<br>SUITE 230, MS8A<br>HILLSBORO, WA 97124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.61 | **Priority creditor's name and mailing address**<br>WISCONSIN DEPARTMENT OF REVENUE<br>P.O. BOX 930208<br>MILWAUKEE, WI 53293-0208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.62 | **Priority creditor's name and mailing address**<br>WYOMING DEPT. OF AGRICULTURE<br>6607 CAMPSTOOL ROAD<br>CHEYENNE, WY 82002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>A&O FORKLIFT / SPECIALTY LIFTING EQ<br>200 QUICKSILVER LANE<br>EDMORE, MI 48829<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8975 | $695.00 |

Within row 3.1, the middle column:

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,075.95 |
| | A.M. LEONARD, INC. | *Check all that apply.* | |
| | P.O. BOX 816 | ☐ Contingent | |
| | PIQUA, OH  45356 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 1935 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $123,892.94 |
| | ABBOTT IPCO | *Check all that apply.* | |
| | P.O. BOX 551329 | ☐ Contingent | |
| | DALLAS, TX  75355-1329 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 1895 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.68 |
| | AGRINOMIX MACHINE TOOLS | *Check all that apply.* | |
| | 300 CREEKSIDE DRIVE | ☐ Contingent | |
| | OBERLIN, OH  44074 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 1390 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,075.00 |
| | AGUSTIN JASSO | *Check all that apply.* | |
| | 1250 S. MARINE STREET | ☐ Contingent | |
| | SANTA ANA, CA  92704 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 2971 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,268.52 |
| | AIRGAS | *Check all that apply.* | |
| | P.O. BOX 951884 | ☐ Contingent | |
| | DALLAS, TX  75395-1884 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 5882 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,363.20

ALERT SECURITY / CEROS L.L.C.
3691 N.W. JOHN OLSEN PLACE
HILLSBORO, OR 97124

**Date or dates debt was incurred**

**Last 4 digits of account number: 8781**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | | $22,769.00

ALL STAR RENTS
2525 CLAY BANK ROAD
FAIRFIELD, CA 94533

**Date or dates debt was incurred**

**Last 4 digits of account number: 8807**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | | $765.00

ALLIED BROTHERS TRANSPORT
276 E. PLATT ST.
LONG BEACH, CA 90805

**Date or dates debt was incurred**

**Last 4 digits of account number: 9268**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | | $5,880.96

ALTA NURSERY, INC.
P.O. BOX 370
SAN JACINTO, CA 92581

**Date or dates debt was incurred**

**Last 4 digits of account number: 4259**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | | $76.48

AMERICAN HORTICULTURAL SUPPLY
2901 STURGIS ROAD
OXNARD, CA 93030

**Date or dates debt was incurred**

**Last 4 digits of account number: 0591**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.12 **Nonpriority creditor's name and mailing address**

AMERIGAS PROPANE L.P.
P.O. BOX 7155
PASADENA, CA 91109-7155

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,447.75

---

3.13 **Nonpriority creditor's name and mailing address**

ANTHONY TESSELAAR USA INC.
15200 MANSEL AVE.
LAWNDALE, CA 90260

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,780.67

---

3.14 **Nonpriority creditor's name and mailing address**

ANTONIO RAZO
2283 SUNN SANDS DR.
PERRIS, CA 92570

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,120.00

---

3.15 **Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECHNOLOGIES
P.O. BOX 100538
PASADENA, CA 91189-0538

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,666.43

---

3.16 **Nonpriority creditor's name and mailing address**

ARTESIA SAWDUST PRODUCTS, INC.
13434 ONTARIO AVE.
ONTARIO, CA 91761

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,080.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.17** | **Nonpriority creditor's name and mailing address**
ASBURY ENVIRONMENTAL SERVICES
P.O. BOX 843021
LOS ANGELES, CA  90084-3021

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 5025
CAROL STREAM, IL  60197-5025

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$253.61

---

**3.19** | **Nonpriority creditor's name and mailing address**
AURORA PEAT PRODUCTS ULC
ATTN: AUSTIN WEINER
13704- 170 STREET N.W.
EDMONTON, AB  T5V 1T2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,159.84

---

**3.20** | **Nonpriority creditor's name and mailing address**
AZTEC PERLITE CO.
1518 SIMPSON WAY
ESCONDIDO, CA  92029

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,600.00

---

**3.21** | **Nonpriority creditor's name and mailing address**
BAILEY NURSERIES, INC.
1325 BAILEY ROAD
ST PAUL, MN  55119

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,455.20

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>BAKER, MANOCK & JENSEN, P.C.<br>5260 N. PALM AVE SUITE 421<br>FRESNO, CA 93704<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0248** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.52 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>BALL HORTICULTURAL COMPANY<br>ATTN: TODD BILLINGS<br>622 TOWN ROAD<br>WEST CHICAGO, IL 60185-2698<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0609** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,893.82 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>BARRYS SECURITY SERVICE<br>16739 VAN BUREN BLVD.<br>RIVERSIDE, CA 92504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 5266** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,650.60 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>BEAVER BARK<br>54000 W. LANE RD.<br>SCAPPOOSE, OR 97056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8744** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,108.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>BIG RIG SOLUTIONS, L.L.C.<br>41658 IVY STREET STE. 113<br>MURRIETA, CA 92562<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 2203** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,811.33 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,175.47 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
BLACKMORE COMPANY INC.
10800 BLACKMORE AVE.
BELLEVILLE, MI  48111

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1299

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,175.47

---

**Nonpriority creditor's name and mailing address**
BLOOMING FARM, INC
1700 EAST PUTNAM AVE. STE. 408
OLD GREENWICH, CT  06870

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8725

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.28  $8,319.19

---

**Nonpriority creditor's name and mailing address**
BLUE STAR GAS
P.O. BOX 1081
MCMINNVILLE, CO  97128

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8741

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.29  $3,529.20

---

**Nonpriority creditor's name and mailing address**
BOND MANUFACTURING CO INC.
1700 WEST 4TH ST.
ANTIOCH, CA  94509

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0624

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.30  $9,799.95

---

**Nonpriority creditor's name and mailing address**
BRIGGS NURSERY, L.L.C.
P.O. BOX 658
ELMA, WA  98541

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8804

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.31  $75,842.58

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>BROOKS TREE FARM<br>9785 PORTLAND RD<br>N.E.<br>SALEM, OR 97305<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0630 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,539.50 |

| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>CAROTHERS TIRE<br>235 SW OAK STREET<br>HILLSBORO, OR 97123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2965 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,186.00 |

| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>CASTLE & KING ROCK & READY MIX<br>105 AEGEAN WAY<br>VACAVILLE, CA 95687-4012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8769 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,453.53 |

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>CB PRINTED TECHNOLOGY<br>ATTN: CAMERON MCDANIEL<br>6141 SHEILA ST.<br>COMMERCE, CA 90040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1319 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,431.82 |

| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL VALLEY PROF SVC, INC.<br>8207 MONDO LANE<br>OAKDALE, CA 95361<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8758 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,386.35 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
P.O. BOX 650838
DALLAS, TX  75265-0838

**Date or dates debt was incurred**

**Last 4 digits of account number: 2045**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,379.19

---

**3.38** | **Nonpriority creditor's name and mailing address**

CITY OF HILLSBORO
P.O. BOX PO 3838
PORTLAND, OR  97208-3838

**Date or dates debt was incurred**

**Last 4 digits of account number: 8845**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,573.77

---

**3.39** | **Nonpriority creditor's name and mailing address**

CLASSIC HOME & GARDEN
ATTN: ROGER FORTE
490 PEPPER STREET
MONROE, CT  06468

**Date or dates debt was incurred**

**Last 4 digits of account number: 0410**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,967.20

---

**3.40** | **Nonpriority creditor's name and mailing address**

CLEARVIEW HORTICULTURAL PRODUCTS
5343 264TH STREET
LANSLEY VHW 1J7, BC  V4W 1J7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number: 0180**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,578.26

---

**3.41** | **Nonpriority creditor's name and mailing address**

COLOR GREEN WHOLESALE NURSERY
11551 ARLINGTON AVE.
RIVERSIDE, CA  92505

**Date or dates debt was incurred**

**Last 4 digits of account number: 7828**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,448.72

---

| Part 2: | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** <br> COMPLETE LOGISTIC SERVICES, L.L.C. <br> 385 EAST PENNY RD. <br> WENATCHEE, WA  98801 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 0242 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $30,000.00 |

| 3.43 | **Nonpriority creditor's name and mailing address** <br> CONLEYS MFG. & SALES <br> 4344 MISSION BLVD. <br> MONTCLAIR, CA  91763 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 2068 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,264.18 |

| 3.44 | **Nonpriority creditor's name and mailing address** <br> CONNECTICUT DEPT. OF REVENUE SERVICE <br> P.O. BOX 2937 <br> HARTFORD, CT  06104-2937 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 4105 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $448.44 |

| 3.45 | **Nonpriority creditor's name and mailing address** <br> CONTAINER CENTRALEN INC. <br> ATTN: SONNY COSTIN <br> 855 EAST PLANT STREET SUITE 1200 <br> WINTER GARDEN, FL  34787 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 7930 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $4,937.60 |

| 3.46 | **Nonpriority creditor's name and mailing address** <br> CONTINENTAL WESTERN CORP. <br> P.O. BOX 2418 <br> SAN LEANDRO, CA  94577 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** 3495 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $9,720.75 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.47 | **Nonpriority creditor's name and mailing address**<br><br>COOL SPRINGS ELECTRIC COOLERS<br>P.O. BOX 93<br>ESCONDIDO, CA 92033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2073 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,042.00 |

| 3.48 | **Nonpriority creditor's name and mailing address**<br><br>CORNELIUS DISPOSAL SERVICE, INC.<br>P.O. BOX 628<br>CORNELIUS, OR 97113<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8841 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $218.26 |

| 3.49 | **Nonpriority creditor's name and mailing address**<br><br>CROP PRODUCTION SERVICES<br>ATTN: KAREN WATTS<br>1290 KNOLLWOOD CIRCLE<br>ANAHEIM, CA 92801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0969 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $435,017.68 |

| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>CRS SUPPLY GROUP<br>10103 ULLSWATER COVE<br>AUSTIN, TX 78750<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1835 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,580.00 |

| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>CTI INTERNATIONAL, LTD.<br>P.O. BOX 84657<br>TORONTO, ON M6S 4Z7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0085 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,227.05 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $285.00

CTX BUSINESS SOLUTIONS, INC.
P.O. BOX 398160
SAN FRANCISCO, CA 94139-8160

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8773**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,025.00

D&S LOGISTICS SERVICES, INC.
7902 GERBER RD. 306
SACRAMENTO, CA 95828

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 7220**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $406.56

DELTA T SALES, INC.
27711 DIAZ RD SUITE B
TEMECULA, CA 92590

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 1354**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00

DIAMOND ADVANTAGE
P.O. BOX 844429
DALLAS, TX 75284-4315

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 6730**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,505.00

DRAKES CROSSING NURSERY
19774 GRADE ROAD S.E.
SILVERTON, OR 97381

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0677**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.57**   **Nonpriority creditor's name and mailing address**

D-STAKE MILL, INC
P.O. BOX 398
THORNTON, CA  95686-0398

**Date or dates debt was incurred**

**Last 4 digits of account number: 8712**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,333.25

---

**3.58**   **Nonpriority creditor's name and mailing address**

DT3 LOGISTICS L.L.C.
216 TRADE STREET
MISOULA, MT  59808

**Date or dates debt was incurred**

**Last 4 digits of account number: 9343**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,525.00

---

**3.59**   **Nonpriority creditor's name and mailing address**

EAST BAY TIRE SERVICE
2200 HUNTINGTON DR. UNIT C
FAIRFIELD, CA  94533

**Date or dates debt was incurred**

**Last 4 digits of account number: 2168**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,791.39

---

**3.60**   **Nonpriority creditor's name and mailing address**

EDD ETT
P.O. BOX 826847
SACRAMENTO, CA  94247-0001

**Date or dates debt was incurred**

**Last 4 digits of account number: 6426**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$549.88

---

**3.61**   **Nonpriority creditor's name and mailing address**

EDD SDI
P.O. BOX 826880
SACRAMENTO, CA  94280-0001

**Date or dates debt was incurred**

**Last 4 digits of account number: 4249**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.32

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

### 3.62

**Nonpriority creditor's name and mailing address**

EDD SUI
P.O. BOX 826846
SACRAMENTO, CA  94247-0001

**Date or dates debt was incurred**

**Last 4 digits of account number: 4248**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,845.62

### 3.63

**Nonpriority creditor's name and mailing address**

ELOISAS REDWOOD SOILS
618 E. CHALYNN CIR.
ORANGE, CA  92866

**Date or dates debt was incurred**

**Last 4 digits of account number: 0216**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,470.00

### 3.64

**Nonpriority creditor's name and mailing address**

EMPIRE RUBBER & SUPPLY CO.
P.O. BOX 14950
PORTLAND, OR  97293

**Date or dates debt was incurred**

**Last 4 digits of account number: 8994**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,381.25

### 3.65

**Nonpriority creditor's name and mailing address**

EMPLOYMENT DEV DEPT. CALIF.
P.O. BOX 989061
SACRAMENTO, CA  95798-9061

**Date or dates debt was incurred**

**Last 4 digits of account number: 4036**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.54

### 3.66

**Nonpriority creditor's name and mailing address**

ESCONDIDO METAL SUPPLY
1630 W. MISSION RD.
ESCONDIDO, CA  92046

**Date or dates debt was incurred**

**Last 4 digits of account number: 4398**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,554.25

| **Part 2:** | Additional Page |
| --- | --- |

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $470,715.66 |
| | EXPRESS SEED COMPANY (ROYALTIES) | *Check all that apply.* | |
| | ATTN: DAVE WATT | ☐ Contingent | |
| | 51051 US HIGHWAY 20 | ☐ Unliquidated | |
| | OBERLIN, OH 44074-1253 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 0693 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $287,846.58 |
| | EZ SHIPPER RACKS, L.L.C. | *Check all that apply.* | |
| | P.O. BOX 509015 | ☐ Contingent | |
| | DEPT# WS216 | ☐ Unliquidated | |
| | SAN DIEGO, CA 92150-9015 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 3227 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,265.13 |
| | FAL.L.C.REEK FARM & NURSERY | *Check all that apply.* | |
| | 39318 JASPER-LOWELL ROAD | ☐ Contingent | |
| | LOWELL, OR 97452 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 8493 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,147.70 |
| | FALLBROOK EQUIPMENT RENTALS | *Check all that apply.* | |
| | 235 W. COLLEGE ST. | ☐ Contingent | |
| | FALLBROOK, CA 92028-2964 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 0330 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,470.40 |
| | FALLBROOK IRRIGATION | *Check all that apply.* | |
| | 115 LAURINE LN. | ☐ Contingent | |
| | FALLBROOK, CA 92028 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 1382 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.72 | **Nonpriority creditor's name and mailing address**<br><br>FALLBROOK NURSERY L.L.C.<br>1700 EAST PUTNAM AVE. STE. 408<br>OLD GREENWICH, CT  06870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8717 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,022.12 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>FALLBROOK PROPANE<br>P.O. BOX 13<br>FALLBROOK, CA  92088-0013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0450 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,006.70 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>FALLBROOK REFUSE SERVICE INC.<br>P.O. BOX 5308<br>BUENA PARK, CA  90622-5308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3029 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,943.16 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>FARMLAND TRACTOR SUPPLY INC.<br>32427 OLD HWY. 34<br>TANGENT, OR  97389<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9325 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $550.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br><br>FAULKNER LOGISTICS, INC.<br>3645 SOUTH K. STREET<br>TULARE, CA  93274<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 9190 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,700.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $497.78 |

**Nonpriority creditor's name and mailing address**
FERGUSON ENTERPRISE, INC.
P.O. BOX 847411
DALLAS, TX  75284-7411

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$497.78

---

3.78 **Nonpriority creditor's name and mailing address**
FERNANDEZ CLEANING SERVICE
30724 BENTON RD SUITE C-302
WINCHESTER, CA  92596

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,792.90

---

3.79 **Nonpriority creditor's name and mailing address**
FLAMINGO HOLLAND
1250 AVENIDA CHELSEA
VISTA, CA  92083

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,184.00

---

3.80 **Nonpriority creditor's name and mailing address**
FLEET PRIDE
P.O. BOX 847118
DALLAS, TX  75284-7118

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$357.00

---

3.81 **Nonpriority creditor's name and mailing address**
FLEURIZON, L.L.C.
1602 GRACE COURT
CAMARILLO, CA  93010

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,938.72

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.82**    **Nonpriority creditor's name and mailing address**

FLORASOURCE, LTD.
940 CALE AMANECER 'H'
SAN CLEMENTE, CA 92673

**Date or dates debt was incurred**

**Last 4 digits of account number: 5532**

**As of the petition filing date, the claim is:** $158.01
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83**    **Nonpriority creditor's name and mailing address**

FOREMOSTCO, INC.
P.O. BOX 31703
TAMPA, FL 33631-3703

**Date or dates debt was incurred**

**Last 4 digits of account number: 0701**

**As of the petition filing date, the claim is:** $2,930.11
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84**    **Nonpriority creditor's name and mailing address**

FOREST GROVE IRON & INDUSTRIAL SUPPLY
P.O. BOX 816
FOREST GROVE, OR 97116

**Date or dates debt was incurred**

**Last 4 digits of account number: 8764**

**As of the petition filing date, the claim is:** $76.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85**    **Nonpriority creditor's name and mailing address**

FOREST GROVE NURSERY, L.L.C.
1700 EAST PUTNAM AVE. STE. 408
OLD GREENWICH, CT 06870

**Date or dates debt was incurred**

**Last 4 digits of account number: 8718**

**As of the petition filing date, the claim is:** $4,034.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86**    **Nonpriority creditor's name and mailing address**

FREIGHT ALL KINDS, INC
P.O. BOX 5187
DENVER, CO 80217-5187

**Date or dates debt was incurred**

**Last 4 digits of account number: 6472**

**As of the petition filing date, the claim is:** $103,400.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

FRONTIER COMMUNICATIONS
P.O. BOX 20550
ROCHESTER, NY 14602-0550

**Date or dates debt was incurred**

**Last 4 digits of account number: 1097**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$424.89

---

**3.88** **Nonpriority creditor's name and mailing address**

GEMPLERS INC.
P.O. BOX 74771
CHICAGO, IL 60694

**Date or dates debt was incurred**

**Last 4 digits of account number: 1719**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,566.33

---

**3.89** **Nonpriority creditor's name and mailing address**

GRAINGER INC CORPORATE ACCOUNT
DEPT. 809854870
PALATINE, IL 60038-0001

**Date or dates debt was incurred**

**Last 4 digits of account number: 1881**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,937.42

---

**3.90** **Nonpriority creditor's name and mailing address**

GRANITE CONSTRUCTION CO.
P.O. BOX 742478
LOS ANGELES, CA 90074-2478

**Date or dates debt was incurred**

**Last 4 digits of account number: 8737**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$352.69

---

**3.91** **Nonpriority creditor's name and mailing address**

GULICK TRUCKING INC.
5419 NE 88TH ST. UNIT G
VANCOUVER, WA 98665

**Date or dates debt was incurred**

**Last 4 digits of account number: 8751**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,075.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address**<br><br>H.D. FOWLER<br>P.O. BOX 84368<br>SEATTLE, WA 98124-5668<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8884** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,794.50 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br><br>HARRELLS<br>P.O. BOX 935358<br>ATLANTA, GA 31193-5358<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0544** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $159,277.86 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>HENRY F. MICHELL COMPANY<br>P.O. BOX 60160<br>KING OF PRUSSIA, PA 19406-0160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0732** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,370.63 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br><br>HOLT OF CALIFORNIA<br>P.O. BOX 100001<br>SACRAMENTO, CA 95813<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8728** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,076.03 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br><br>HUSA COMERC<br>1699 ORIOLE AVE.<br>SAN LEANDRO, CA 94578<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 3029** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,100.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,029.01 |
|---|---|---|---|

**3.97**

**Nonpriority creditor's name and mailing address**

INTEGRACOLOR DBA ORORA VISUAL TX LL
P.O. BOX 733489
DALLAS, TX  75373-3489

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,029.01

---

**3.98**

**Nonpriority creditor's name and mailing address**

IRS FED UNEMPLOYMENT
P.O. BOX 7922
SAN FRANCISCO, CA  94120-7922

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4247

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,808.15

---

**3.99**

**Nonpriority creditor's name and mailing address**

IRS MEDICARE
P.O. BOX 7922
SAN FRANCISCO, CA  94120-7922

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$119.80

---

**3.100**

**Nonpriority creditor's name and mailing address**

IRS OASDI
P.O. BOX 7922
SAN FRANCISCO, CA  94120-7922

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$512.28

---

**3.101**

**Nonpriority creditor's name and mailing address**

JAMES R. LOWRY DBA
1941 S.W. CHASTAIN AVE.
GRESHAM, OR  97080

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,900.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $267,234.32

JOHN HENRY COMPANY
ATTN: DENISE JOHNSON
75 REMITTACE DR SUITE 3111
CHICAGO, IL 60675-3111

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0762

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,050.00

KARRIERS, INC.
809 S. 48TH STREET
GRAND FORKS, ND 58201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 5826

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,090.25

KIWIFLORA
956 ONERIRI ROAD
RD2 KAIWAKA NTL
NEW ZEALAND

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0225

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $564.20

KOLDKIST BOTTLED WATER
1654 MARTHLAER LANE
WEST ST PAUL, MN 55118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 9080

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,791.79

KOPPERT BIOLOGICAL SYSTEM, INC.
1502 OLD US - 23
HOWELL, MI 48843

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 8766

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74,000.00 |
|---|---|---|---|

3.107 **Nonpriority creditor's name and mailing address**

LANDSTAR RANGER, INC.
P.O. BOX 784293
PHILADELPHIA, PA 19178-4293

**Date or dates debt was incurred**

**Last 4 digits of account number: 7785**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,000.00

---

3.108 **Nonpriority creditor's name and mailing address**

LARSON IRRIGATION
8645 AVENIDA COSTA NORTE
SAN DIEGO, CA 92154

**Date or dates debt was incurred**

**Last 4 digits of account number: 6885**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.61

---

3.109 **Nonpriority creditor's name and mailing address**

LATHROP WOODWORKS
16175 SOUTH MCKINLEY AVE.
LATHROP, CA 95330

**Date or dates debt was incurred**

**Last 4 digits of account number: 8762**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,029.50

---

3.110 **Nonpriority creditor's name and mailing address**

LEFT COAST LOGISTICS, L.L.C.
ATTN: ROB BISSELL
5775 S.W. JEAN ROAD STE. 215
LAKE OSWEGO, OR 97035

**Date or dates debt was incurred**

**Last 4 digits of account number: 8747**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$439,075.00

---

3.111 **Nonpriority creditor's name and mailing address**

LOW GRADE LUMBER
P.O. BOX 205399
DALLAS, TX 75320-5399

**Date or dates debt was incurred**

**Last 4 digits of account number: 9160**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,238.00

| Part 2: | Additional Page |
| | |

| | | Amount of claim |
| --- | --- | --- |

**3.112** | **Nonpriority creditor's name and mailing address**

M & M SANITARY, L.L.C.
P.O. BOX 10009
AMERICAN CANYON, CA 94503

**Date or dates debt was incurred**

**Last 4 digits of account number: 8844**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,163.50

---

**3.113** | **Nonpriority creditor's name and mailing address**

MACDONALD MILLER FACILITY SOLUTIONS
P.O. BOX 47983
SEATTLE, WA 98146

**Date or dates debt was incurred**

**Last 4 digits of account number: 8727**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,947.42

---

**3.114** | **Nonpriority creditor's name and mailing address**

MAGNOLIA GARDENS NURSERY
1980 BOWLER ROAD
WALLER, TX 77484

**Date or dates debt was incurred**

**Last 4 digits of account number: 0796**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,843.84

---

**3.115** | **Nonpriority creditor's name and mailing address**

MARIO DUENAS DBA DUANAS PALLETS
2331 21ST STREET
SAN PABLO, CA 94806

**Date or dates debt was incurred**

**Last 4 digits of account number: 3244**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,531.00

---

**3.116** | **Nonpriority creditor's name and mailing address**

MARKS LIFT TRUCK SERVICE, INC.
P.O. BOX 708
FOREST GROVE, OR 97116

**Date or dates debt was incurred**

**Last 4 digits of account number: 8742**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$709.36

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.117**  **Nonpriority creditor's name and mailing address**

MASSACHUSETTS LABOR & WORKFORCE DEV.
19 STANFORD ST.
BOSTON, MA  02114

**Date or dates debt was incurred**

**Last 4 digits of account number: 4092**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.68

---

**3.118**  **Nonpriority creditor's name and mailing address**

MASTER TAG
ATTN: DAVID CLARK
9751 US HWY 31
MONTAGUE, MI  49437

**Date or dates debt was incurred**

**Last 4 digits of account number: 0801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,363.79

---

**3.119**  **Nonpriority creditor's name and mailing address**

MCCONKEY CO.
P.O. BOX 1690
SUMNER, WA  98390

**Date or dates debt was incurred**

**Last 4 digits of account number: 0806**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,720.00

---

**3.120**  **Nonpriority creditor's name and mailing address**

MCKINNEY TRAILER RENTALS - PICO RIV.
8400 EAST SLAUSON AVE.
PICO RIVERA, CA  90660

**Date or dates debt was incurred**

**Last 4 digits of account number: 0360**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,575.00

---

**3.121**  **Nonpriority creditor's name and mailing address**

MEISEL ROCK PRODUCTS
P.O. BOX 208
MCMINNVILLE, OR  97128

**Date or dates debt was incurred**

**Last 4 digits of account number: 9020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,829.69

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.122**  **Nonpriority creditor's name and mailing address**

MISTLETOE-CARTER WHOLESALE SEEDS
780 N. GLEN ANNIE ROAD
GOLETA, CA  93117

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1789

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.51

---

**3.123**  **Nonpriority creditor's name and mailing address**

MUNNELL & SHERRILL, INC.
P.O. BOX 13249
PORTLAND, OR  97213

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,784.05

---

**3.124**  **Nonpriority creditor's name and mailing address**

NAPA-SOLANO COUNTY
2201 COURAGE DRIVE
MS 9-200
FAIRFIELD, CA  94533

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8819

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.00

---

**3.125**  **Nonpriority creditor's name and mailing address**

NATIONAL CAR RENTAL
P.O. BOX 840173
KANSAS CITY, MO  64184-0173

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9332

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,801.40

---

**3.126**  **Nonpriority creditor's name and mailing address**

NEW CHRISTIE VENTURES
31 SHERIDAN DRIVE
NAUGATUCK, CT  06770

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2824

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,460.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,870.00 |
| --- | --- | --- | --- |

NEW LIFE NURSERY, INC.
21031 OLD ELSINORE ROAD
PERRIS, CA 92570

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 8695

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,731.80 |
| --- | --- | --- | --- |

NOR-CAL PERLITE, INC.
2605 GOODRICK AVE.
RICHMOND, CA 94801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 0823

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,657.91 |
| --- | --- | --- | --- |

NORTH COUNTY REBUILDERS
445 N. HALE AVE.
ESCONDIDO, CA 92029

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 1488

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,469.22 |
| --- | --- | --- | --- |

NORTH VALLEY TRANSPORT, INC.
P.O. BOX 38273
SACRAMENTO, CA 95838

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 8912

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,195.81 |
| --- | --- | --- | --- |

NORTHWEST NATURAL GAS
P.O. BOX 6017
PORTLAND, OR 97228-6017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:** 3044

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.132** | **Nonpriority creditor's name and mailing address**
NORTHWEST PUMP & EQUIPMENT
2800 NW 31ST AVENUE
PORTLAND, OR 97120

**Date or dates debt was incurred**

**Last 4 digits of account number: 9307**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

**3.133** | **Nonpriority creditor's name and mailing address**
NURSERY EQUIPMENT PARTS & SERVICE
P.O. BOX 424
BORING, OR 97009-0424

**Date or dates debt was incurred**

**Last 4 digits of account number: 1398**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$477.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
NURSERY SUPPLIES INC.
P.O. BOX 664010
DALLAS, TX 75266-4010

**Date or dates debt was incurred**

**Last 4 digits of account number: 0829**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$582,557.76

---

**3.135** | **Nonpriority creditor's name and mailing address**
OBC NORTHWEST
P.O. BOX 759
CANBY, OR 97013

**Date or dates debt was incurred**

**Last 4 digits of account number: 8767**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$410.34

---

**3.136** | **Nonpriority creditor's name and mailing address**
OREGON DEPARTMENT OF REVENUE
P.O. BOX 14800
SALEM, OR 97309-0920

**Date or dates debt was incurred**

**Last 4 digits of account number: 4250**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,737.88

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br><br>OREGON WORKERS COMP.<br>P.O. BOX 14800<br>SALEM, OR 97309-0920<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4255** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,404.46 |
| 3.138 | **Nonpriority creditor's name and mailing address**<br><br>OREILLY AUTOMOTIVE, INC.<br>P.O. BOX 9464<br>SPRINGFIELD, MO 65801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4586** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,084.85 |
| 3.139 | **Nonpriority creditor's name and mailing address**<br><br>OREVAC WEST, INC.<br>P.O. BOX 545<br>AMITY, OR 97101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8948** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,210.00 |
| 3.140 | **Nonpriority creditor's name and mailing address**<br><br>PABLIN TRUCKING, INC.<br>P.O. BOX 672<br>WILDOMAR, CA 92595<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8776** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,926.60 |
| 3.141 | **Nonpriority creditor's name and mailing address**<br><br>PBM SUPPLY & MRG, INC.<br>P.O. BOX 3129<br>CHICO, CA 95928<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8961** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,258.48 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br><br>PENSKE TRUCK LEASING CO.<br>P.O. BOX 7429<br>PASADENA, CA  91110-7429<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0376 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,800.59 |
| 3.143 | **Nonpriority creditor's name and mailing address**<br><br>PETER A JESPERSEN DBA<br>P.O. BOX 1926<br>FALLBROOK, CA  92088<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2983 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,353.60 |
| 3.144 | **Nonpriority creditor's name and mailing address**<br><br>PETES ROAD SERVICE, INC.<br>2230 EAST ORANGETHORPE<br>FULLERTON, CA  92831-5329<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 2460 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,266.64 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br><br>P-FLEET<br>ATTN: JAKE ZUANICH<br>6390 GREENWICH DRIVE STE. 200<br>SAN DIEGO, CA  92122<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0466 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,201.45 |
| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>PG&E SACRAMENTO<br>P.O. BOX 997300<br>SACRAMENTO, CA  95899-7300<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3048 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,056.62 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.147 | **Nonpriority creditor's name and mailing address**

PINDSTRUP MOSEBRUG A/S
FABRIKSVEJ 2
PINDSTRUP
RYOMGAARD 002  8550
DENMARK

**Date or dates debt was incurred**

**Last 4 digits of account number: 0013**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,141.00

---

3.148 | **Nonpriority creditor's name and mailing address**

PINDSTRUP MOSEBRUG A/S
HOLMENS KANAL 2-12, 001
COPENHAGEN  1092
DENMARK

**Date or dates debt was incurred**

**Last 4 digits of account number: 0090**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,141.00

---

3.149 | **Nonpriority creditor's name and mailing address**

PISANIS AUTO PARTS
5 ABBEY STREET
WINTERS, CA  95694

**Date or dates debt was incurred**

**Last 4 digits of account number: 8750**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,418.98

---

3.150 | **Nonpriority creditor's name and mailing address**

PLANT & PEST DIAGNOSTIC LAB.
1155 LSPS
WEST LAFAYETTE, IN  47907-1155

**Date or dates debt was incurred**

**Last 4 digits of account number: 2498**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.00

---

3.151 | **Nonpriority creditor's name and mailing address**

PLANT DEVELOPMENT SERVICES, INC.
P.O. BOX 670
LOXLEY, AL  36551

**Date or dates debt was incurred**

**Last 4 digits of account number: 0171**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,153.65

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,022.00

PLANT PARTNERS INC. DBA
16400 HUNTERSVILLE CONCORD RD.
HUNTERSVILLE, NC  28078

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7490

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,480.03

PORTLAND GENERAL ELECTRIC
P.O. BOX 4438
PORTLAND, OR  97208-4438

**Date or dates debt was incurred**

**Last 4 digits of account number:** 3050

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $680.00

PRECISION MOBILE DETAILING
5175 RIVER VIEW CT.
FALLBROOK, CA  92028

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2475

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $487.80

PREMIUM CREATIVE LABELS, INC.
41571 CORNING PLACE STE. 107
MURRIETA, CA  92564

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7207

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,256.90

PROBUILD, INC DBA BUILDERS FIRST SO
P.O. BOX 94190
SEATTLE, WA  98124-6490

**Date or dates debt was incurred**

**Last 4 digits of account number:** 7120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,998.93
*Check all that apply.*

PROVIDENT LIFE & ACCIDENT INSURANCE
P.O. BOX 403748
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0513**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90,032.04
*Check all that apply.*

RAINBOW MUNICIPAL WATER DISTRICT
ATTN: TOM KENNEDY
3707 OLD HIGHWAY 395
FALLBROOK, CA 92028-9372

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8821**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,776.48
*Check all that apply.*

RECOLOGY VACAVILLE SOLANO
1 TOWN SQUARE PLACE SUITE 200
VACAVILLE, CA 95688

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8738**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,171.25
*Check all that apply.*

REUSER, INC.
370 SANTANA DRIVE
CLOVERDALE, CA 95425

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8733**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $447.64
*Check all that apply.*

ROBERT GOMEZ/ GOMEZ METAL
P.O. BOX 393
ELMIRA, CA 95625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 2956**

**Is the claim subject to offset?**
☒ No
☐ Yes

| (Name) |

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>ROBERTO ACOSTA JR./ ACOSTA BROTHERS<br>218 VIA ORO VERDE<br>FALLBROOK, CA  92028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 1366 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,110.00 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>ROJELIO JAIME VASQUEZ<br>P.O. BOX 1294<br>YUBA CITY, CA  95992<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 3246 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,498.28 |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>ROMEO PACKING CO.<br>ATTN: JOEY ROMEO<br>106 PRINCETON AVE.<br>HALF MOON BAY, CA  94019-4035<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0883 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,293.39 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>RYDER TRANSPORTATION SVCS. - LA96723<br>LOCKBOX FILE 56347<br>LOS ANGELES, CA  90074-6347<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 0402 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,052.75 |
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>S&H LANDSCAPING<br>20200 S.W. STAFFORD ROAD<br>TUALATIN, OR  97062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** 8966 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,995.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.167**

**Nonpriority creditor's name and mailing address**

SAFETY-KLEEN CORPORATION-12349
P.O. BOX 7170
PASADENA, CA 91109-7170

**Date or dates debt was incurred**

**Last 4 digits of account number: 1838**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,885.20

---

**3.168**

**Nonpriority creditor's name and mailing address**

SAN DIEGO GAS & ELECTRIC-25111
P.O. BOX 25111
SANTA ANA, CA 92799-5111

**Date or dates debt was incurred**

**Last 4 digits of account number: 3060**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,841.02

---

**3.169**

**Nonpriority creditor's name and mailing address**

SAN DIEGO GROWERS, INC.
P.O. BOX 997
SAN JUAN CAPISTRANO, CA 92693

**Date or dates debt was incurred**

**Last 4 digits of account number: 8336**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,436.49

---

**3.170**

**Nonpriority creditor's name and mailing address**

SAN DIEGO REGION
1670 E. VALLEY PARKWAY
ESCONDIDO, CA 92027

**Date or dates debt was incurred**

**Last 4 digits of account number: 9022**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,322.39

---

**3.171**

**Nonpriority creditor's name and mailing address**

SANTA MARGARITA WATER DISTRICT
P.O. BOX 51238
LOS ANGELES, CA 90051-5538

**Date or dates debt was incurred**

**Last 4 digits of account number: 0688**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$377.55

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.172 **Nonpriority creditor's name and mailing address**
SCHNEIDER EQUIPMENT, INC.
21881 RIVER ROAD N.E.
ST PAUL, OR 97137

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8848

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,145.00

---

3.173 **Nonpriority creditor's name and mailing address**
SEND TRANSPORTATION
612 N.W. HILL STREET
BEND, OR 97703

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,000.00

---

3.174 **Nonpriority creditor's name and mailing address**
SHELDON GAS COMPANY
ONE HARBOR CENTER 310
SUISUN, CA 94585

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,513.54

---

3.175 **Nonpriority creditor's name and mailing address**
SIDHU & SONS NURSERY LTD.
9623 SYLVESTER ROAD
MISSION, BC V2V 7K6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,953.56

---

3.176 **Nonpriority creditor's name and mailing address**
SIMPLOT PARTNERS
2655 PACIFIC HWY. 99
HUBBARD, OR 97032

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,048.26

| **Part 2:** | Additional Page |

| | | Amount of claim |

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $890.34 |

SOLANO CTY AG COMMISSIONER
675 TEXAS STREET
FAIRFIELD, CA  94533

**Date or dates debt was incurred**

**Last 4 digits of account number:** 9180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,852.09 |

SOLANO IRRIGATION DISTRICT
810 VACA VALLEY PKWY SUITE 201
VACAVILLE, CA  95688

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8893

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,087.50 |

SOUTHERN PATIO
LOCKBOX 9122 P.O. BOX 8500
PHILADELPHIA, PA  19178-9122

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,951.70 |

SPRING MEADOW NURSERY INC
12601 120TH AVE.
GRAND HAVEN, MI  49417

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,833.00 |

STAPLES BUSINESS ADVANTAGE
P.O. BOX 660409
DALLAS, TX  75266-0409

**Date or dates debt was incurred**

**Last 4 digits of account number:** 1853

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

STAR ROSES & PLANTS/THE CONARD PYLE
P.O. BOX 217
DINUBA, CA 93618

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,638.02

---

**3.183** **Nonpriority creditor's name and mailing address**

STATE OF OREGON
NORTH MALL OFFICE BUILDING
SALEM, OR 97301-1266

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2962

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.184** **Nonpriority creditor's name and mailing address**

SUMMIT PLASTICS
P.O. BOX 664008
DALLAS, TX 75266-4008

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0922

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,280.88

---

**3.185** **Nonpriority creditor's name and mailing address**

SUN GRO HORTICULTURE, INC.
ATTN: ANDY KROL
28793 NETWORK PLACE
CHICAGO, IL 60673-1287

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0923

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,538.60

---

**3.186** **Nonpriority creditor's name and mailing address**

SUN WORLD INTERNATIONAL, L.L.C.
P.O. BOX 80298
BAKERSFIELD, CA 93380

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8980

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,077.50

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,424.76 |
|---|---|---|---|

3.187

**Nonpriority creditor's name and mailing address**

SUN-LAND GARDEN PRODUCTS, INC.
90 PIONEER ROAD
WATSONVILLE, CA  95076-0898

**Date or dates debt was incurred**

**Last 4 digits of account number:** 6676

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $20,424.76

---

3.188

**Nonpriority creditor's name and mailing address**

SYNERGY TRUCKING
7184 120TH STREET SUITE 190
SURREY, BC  V3W 0M6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $150.00

---

3.189

**Nonpriority creditor's name and mailing address**

T. LAMP ENTERPRISES, INC.
3523 BUENA VISTA ROAD S.
JEFFERSON, OR  97352

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $10,138.80

---

3.190

**Nonpriority creditor's name and mailing address**

TARGET SPECIALTY PRODUCTS
P.O. BOX 3408
SANTA FE SPRINGS, CA  90670-3408

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0929

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,194.94

---

3.191

**Nonpriority creditor's name and mailing address**

TCI LEASING/RENTALS
4950 TRIGGS ST.
COMMERCE, CA  90022

**Date or dates debt was incurred**

**Last 4 digits of account number:** 4291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $108.44

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,060.00 |
|---|---|---|---|

THE ECO GROUP, INC.
P.O. BOX 7348
CHULA VISTA, CA  91912

**Date or dates debt was incurred**

**Last 4 digits of account number: 6258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,417.75 |
|---|---|---|---|

THE HC COMPANIES, INC- MYERS
P.O. BOX 932855
CLEVELAND, OH  44193

**Date or dates debt was incurred**

**Last 4 digits of account number: 8042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,774.36 |
|---|---|---|---|

THERMO FISHER SCIENTIFIC
P.O. BOX 742783
ATLANTA, GA  30374

**Date or dates debt was incurred**

**Last 4 digits of account number: 2161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $166,395.00 |
|---|---|---|---|

TOTAL QUALITY LOGISTICS L.L.C.
P.O. BOX 634558
CINCINNATI, OH  45263-4558

**Date or dates debt was incurred**

**Last 4 digits of account number: 8692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,815.56 |
|---|---|---|---|

TRANSFLO EXPRESS
P.O. BOX 88322
MILWAUKEE, WI  53288-0322

**Date or dates debt was incurred**

**Last 4 digits of account number: 0245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.197** **Nonpriority creditor's name and mailing address**

TUALATIN VALLEY IRRIGATION DISTRICT
2330 ELM STREET
FOREST GROVE, OR  97116-1564

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,343.23

---

**3.198** **Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
P.O. BOX 301219
PORTLAND, OR  97294

**Date or dates debt was incurred**

**Last 4 digits of account number:** 8755

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,001.61

---

**3.199** **Nonpriority creditor's name and mailing address**

UNITED SITE SERVICES, INC.
P.O. BOX 53267
PHOENIX, AZ  85072-3267

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,773.28

---

**3.200** **Nonpriority creditor's name and mailing address**

UNIVERSAL FOREST PRODUCTS WESTERN
P.O. BOX 398
THORNTON, CA  95686-0398

**Date or dates debt was incurred**

**Last 4 digits of account number:** 2724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,951.27

---

**3.201** **Nonpriority creditor's name and mailing address**

UNUM LIFE INSURANCE CO OF AMERICA
P.O. BOX 406946
ATLANTA, GA  30384-6946

**Date or dates debt was incurred**

**Last 4 digits of account number:** 0499

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,590.10

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>UTAH DEPT. OF WORKFORCE SERV.<br>P.O. BOX 45233<br>SALT LAKE CITY, UT  84145-9400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4057** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $665.49 |
| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>UTAH STATE TAX COMMISSION<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT  84134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 4058** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $570.68 |
| 3.204 | **Nonpriority creditor's name and mailing address**<br><br>VALLEY TRUCK & TRACTOR, CO.<br>P.O. BOX 3010<br>YUBA CITY, CA  95992<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8923** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,398.53 |
| 3.205 | **Nonpriority creditor's name and mailing address**<br><br>VALLEY WEST REFUSE DISPOSAL, INC.<br>P.O. BOX 5187<br>ALOHA, OR  97006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8857** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.65 |
| 3.206 | **Nonpriority creditor's name and mailing address**<br><br>VAUGHANS HORTICULTURE<br>P.O. BOX 92170<br>ELK GROVE VILLAGE, IL  60009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0191** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,708.26 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.207** **Nonpriority creditor's name and mailing address**

VEHICLE LICENSING CONSULTANTS
2390 LINDBERGH STREET SUITE 200
AUBURN, CA 95602

**Date or dates debt was incurred**

**Last 4 digits of account number: 2859**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.208** **Nonpriority creditor's name and mailing address**

VERMONT DEPT. OF LABOR
P.O. BOX 488
MONTPELIER, VT 05601-0488

**Date or dates debt was incurred**

**Last 4 digits of account number: 4217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.58

---

**3.209** **Nonpriority creditor's name and mailing address**

VERMONT DEPT. OF TAXES
128 STATE STREET
MONTPELIER, VT 05633-1104

**Date or dates debt was incurred**

**Last 4 digits of account number: 4220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.40

---

**3.210** **Nonpriority creditor's name and mailing address**

VISTA PALLETS CO.
P.O. BOX 2203
VISTA, CA 92085

**Date or dates debt was incurred**

**Last 4 digits of account number: 3483**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$600.00

---

**3.211** **Nonpriority creditor's name and mailing address**

W.J. SPAARGAREN B.V.
P.O. BOX 18
BOSKOOP, 12 2770 AA
THE NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number: 0210**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,733.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,862.89

WASTE MANAGEMENT OF OREGON, INC
P.O. BOX 541065
LOS ANGELES, CA  90054-1065

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 3092**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $667.00

WAYPOINT ANALYTICAL CALIFORNIA INC
4741 E. HUNTER AVE.
STE. A
ANAHEIM, CA  92807

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 2606**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,923.43

WEBER PACKAGING
P.O. BOX 5988 DEPT. 20-8048
CAROL STREAM, IL  60197-5988

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 2764**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75,230.04

WILBUR ELLIS CO.
P.O. BOX 675023
DALLAS, TX  75267-5023

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 0972**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,952.27

WILLOW GROUP LTD.
34 CLINTON STREET
BATAVIA, NY  14020

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 1349**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address**<br><br>WILLYMAKEIT, INC.<br>5731 NE 109TH AVE.<br>PORTLAND, OR  97220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8782** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,693.11 |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>WINTERS FOREST GROVE, L.L.C.<br>1700 EAST PUTNAM AVE. STE. 408<br>OLD GREENWICH, CT  06870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8719** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144,314.50 |
| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>WINTERS NURSERY, L.L.C.<br>1700 EAST PUTNAM AVE. STE. 408<br>OLD GREENWICH, CT  06870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 8716** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $327,518.74 |
| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>WRIGHT TRANS INC.<br>P.O. BOX 4269<br>SAN CLEMETE, CA  92674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 0289** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,023.06 |
| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>XEROX FINANCIAL SERVICES, L.L.C.<br>P.O. BOX 202882<br>DALLAS, TX  75320-2882<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number: 1884** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $458.51 |

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,650.79 |

**Nonpriority creditor's name and mailing address**
XTRA LEASE L.L.C.
P.O. BOX 219562
KANSAS CITY, MO  64121-9562

**Date or dates debt was incurred**

**Last 4 digits of account number: 0426**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,650.79

---

3.223  **Nonpriority creditor's name and mailing address**
YEP ENERGY
P.O. BOX 3521
HOUSTON, TX  77253-3521

**Date or dates debt was incurred**

**Last 4 digits of account number: 0736**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,436.00

---

3.224  **Nonpriority creditor's name and mailing address**
ZIKKO INC.
11290 POINT EAST DRIVE 220
RANCHO CORDOVA, CA  95742

**Date or dates debt was incurred**

**Last 4 digits of account number: 9316**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,100.00

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | 5a. | **UNKNOWN** |
| **5b.** | Total claims from Part 2 | 5b.  **+** | **$6,229,125.91** |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$6,229,125.91** |

<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor | Hines Growers, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11274 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECURITY SERVICES AGREEMENT | ALERT SECURITY ASSET PROTECTION <br> 11140 S.W. BARBUR BLVD, STE. 105 <br> PORTLAND, OR 97219 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSED GROWER AGREEMENT | ALTMAN SPECIALTY PLANTS INC. <br> ATTN: KEN ALTMAN <br> 3742 BLUE BIRD CANYON RD. <br> VISTA, CA 92084 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SEPARATION AGREEMENT DATED 3/14/2018, RELATED TO THE SEPARATION OF BUD SUMMERS. (REJECTED POST-PETITION) | E.G. (BUD) SUMMERS <br> 2865 CAMPO RASO <br> SAN CLEMENTE, CA 92673 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Hines Growers, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>18-11274</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

---

**1.    Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.1  COLOR SPOT HOLDINGS, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | BLACK DIAMOND COMMERCIAL FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.2  COLOR SPOT HOLDINGS, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | CAPITAL FARM CREDIT, FLCA | ☑ D ☐ E/F ☐ G |
| 2.3  COLOR SPOT HOLDINGS, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.4  COLOR SPOT NURSERIES, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | BLACK DIAMOND COMMERCIAL FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.5  COLOR SPOT NURSERIES, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | CAPITAL FARM CREDIT, FLCA | ☑ D ☐ E/F ☐ G |
| 2.6  COLOR SPOT NURSERIES, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.7  LONE STAR GROWERS, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | BLACK DIAMOND COMMERCIAL FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.8  LONE STAR GROWERS, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | CAPITAL FARM CREDIT, FLCA | ☑ D ☐ E/F ☐ G |
| 2.9  LONE STAR GROWERS, INC. | 27368 VIA INDUSTRIA SUITE 201 TEMECULA, CA  92590 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hines Growers, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11274 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Delcaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/5/2018
       MM / DD / YYYY

✖ /s/ Rodney Omps
Signature of individual signing on behalf of debtor

Rodney Omps
Printed name

Chief Financial Officer
Position or relationship to debtor