**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COLOR SPOT HOLDINGS, INC., et al.,**[1] | Case No. 18-11272 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: Docket Nos. 64, 134, 243 & 268** |

## CERTIFICATION OF COUNSEL REGARDING SUPPLEMENTAL ORDER APPROVING SALE

On July 25, 2018, the Court entered a Sale Order [D.I. 243][2] approving, among other things, the designation of Wells Fargo Bank, N.A. as the Successful Bidder, and authorizing Wells Fargo Bank., N.A. to designate certain assets and assumed contracts to TreeSap Farms, LLC (or one of its affiliate).

On August 1, 2018, the Debtors filed the *Supplemental Order Approving Sale* [D.I. 268] the "**Supplemental Sale Order**"), wherein the Successful Bidder identified certain contracts which Buyer will take assignment of and those which it will not take assignment of.

A hearing on the Supplemental Sale Order was held on August 1, 2018, where an objection filed by Winters Nursery LLC, Forest Grove Nursery LLC, Winters Forest Grove LLC, Blooming Farm, Inc. and Fallbrook Nursery LLC (collectively, the "**NHHC II Landlords**") [D.I. 253] was heard.

Consistent with the discussion between the Court, NHHC II Landlords, and TSH Opco, LLC, an affiliate of TreeSap Farms, LLC, the Debtors have revised the Supplemental Sale Order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748). The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Sale Order.

to carry forward the resolution of NHHC II Landlords' objection. Accordingly, the Debtors request that the Court enter the revised Supplemental Sale Order, attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: August 2, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Ryan M. Bartley (No. 4985)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

## **EXHIBIT A**

**Supplemental Sale Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COLOR SPOT HOLDINGS, INC., et al.,**[1] | Case No. 18-11272 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: Docket Nos. 64, 134, 243 & 268** |

## SUPPLEMENTAL ORDER APPROVING SALE

WHEREAS, on June 25, 2018, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [D.I. 134] (the "**Bidding Procedures Order**");

WHEREAS, on July 25, 2018, the Court entered a Sale Order [D.I. 243][2] approving, among other things, the designation of Wells Fargo Bank, N.A. as the Successful Bidder, and authorizing Wells Fargo Bank., N.A. to designate certain assets and assumed contracts to TreeSap Farms, LLC (or one of its affiliate);

WHEREAS, a hearing on the Sale Order was held on August 1, 2018 at 10:30 a.m. (ET) for the objections that were identified on Exhibit 3 to the Sale Order (the "**Remaining Objections**");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748). The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Sale Order.

WHEREAS the Successful Bidder has identified certain contracts which Buyer will take assignment of, as listed in **Exhibits A**, and those which it will not take assignment of, as listed in **Exhibit B** attached hereto;

WHEREAS, all Remaining Objections (including, without limitation as to assignability, cure claim and adequate assurance), have been resolved with respect to the Agreements set forth on **Exhibit A** on the terms set forth in this Supplemental Order.

WHEREAS, the Remaining Objections remain unresolved with respect to the NHHC II Landlords, as such term is defined in the supplemental objection filed on July 27, 2018 at Docket No. 253, and the Court has continued the August 1, 2018 hearing with respect to the assumption and assignment of the real property leases with the NNHC II Landlords.

NOW THEREFORE, in further implementation of the Sale Order, the Court hereby ORDERS that:

1. Subject to paragraphs 4 through 7 and paragraphs 9 and 10, the agreements set forth on **Exhibit A** shall be treated as Assumed Contracts for purposes of the Sale Order and Purchase Agreement and shall be assumed and assigned to the Buyer at the Closing. The Cure Amounts for the agreements on **Exhibit A** shall be as set forth therein.

2. A telephonic status conference will be held with respect to the assumption and assignment of the real property leases with the NNHC II Landlords on August 3, 2018 at 4:30 p.m. (ET).

3. The agreements set forth on **Exhibit B** shall not be Assumed Contracts for purposes of the Sale Order and Purchase Agreement.

4. The Debtors and Idealease Services, Inc. ("**Idealease**") hereby agree that (i) the Cure Amount for that certain Ideal Maintenance Agreement, dated February 19,

2009, shall not exceed $44,604.58, (ii) the Cure Amount for that certain Vehicle Equity Lease and Service Agreement, dated November 5, 2008, is $0.00 and the Debtors have a credit under such lease in an amount not less than $37,902.63, and (iii) the Cure Amount for that certain Vehicle Lease and Service Agreement, dated December 22, 2009 is $0.00.  In connection with resolving the foregoing Cure Amounts, the Debtors and Idealease hereby agree that Idealease may request attorneys' fees in an amount that shall not exceed $19,000. In sum, the Idealease cure amount shall not exceed $25,701.95 on an aggregate basis for the three contracts listed on **Exhibit A** to which Idealease is a party. The Debtors and Idealease will work in good faith to agree to the Cure Amounts for the Idealease contracts listed on **Exhibit A**; otherwise, the Debtors will schedule a hearing before the Court by August 30, 2018.

5. Any Royalties accruing from July 1, 2018 through the Closing Date and which in the normal course of business would have been billed and paid after the Closing Date under the "License Agreement - Monrovia Craftsmen Collection At Lowe's" dated September 1, 2015, as amended (Control # 659), shall become the liability of Wells Fargo Bank NA payable in the normal course pursuant to such License Agreement unless such liability shall have been previously discharged by Debtors (provided that Monrovia Nursery Company shall not have any obligation to file a proof of claim to enforce any rights against the Debtors).

6. Any Royalties accruing from July 1, 2018 through the Closing Date and which in the normal course of business would have been billed and paid after the Closing Date under (i) the License Agreement between Debtor Color Spot Holdings, Inc. and Plant Development Services, Inc. dated May 7, 2014 (Control # 661) and (ii) the License

Agreement between Debtor Color Spot Holdings, Inc. and Plant Development Services, Inc. dated May 7, 2014 (Control # 660), shall become the liability of Wells Fargo Bank NA payable in the normal course pursuant to such License Agreements unless such liability shall have been previously discharged by Debtors (provided that Plant Development Services Inc. shall not have any obligation to file a proof of claim to enforce any rights against the Debtors).

7. Assumption and assignment of the "Mass Merchant/Propagation License Agreement" and the "Walmart/Propagation License Agreement" with Spring Meadow Nursery Inc. listed on **Exhibit A** is subject to finalization of addenda to licenses currently being negotiated

8. The Software End-User License Agreement, between any Debtor and SAP America, Inc. shall be given the same treatment as set forth in paragraph 29(g) of the Sale Order.

9. Any prior descriptions of the agreements with Ryder Truck Rental Inc. are hereby amended and superseded by the descriptions set forth on **Exhibit A** for Ryder Truck Rental Inc.

10. Notwithstanding anything to the contrary in the Sale Order, the Purchase Agreement, this Supplemental Order or otherwise, no insurance policies issued by XL Insurance or agreements between the Debtors and XL Insurance shall be assumed and assigned as part of the sale approved pursuant to the Sale Order

11. The Sale Order [D.I. 243] is hereby amended as set forth in Paragraphs 1 through 10 of this Order and shall otherwise remain in full force and effect.

12. Notwithstanding the applicability of any Rule of the Federal Rules of Bankruptcy Procedure, this Order shall be effective and enforceable by its terms immediately upon entry.

13. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT A

## Assumed Contracts being assigned to Wells Fargo Bank, N.A. or its designee

| CONTROL NUMBER | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION | CURE AMOUNT |
|---|---|---|---|---|---|
| 673 | COLOR SPOT HOLDINGS, INC. | BALL HORTICULTURAL COMPANY | PROPAGATION & DISTRIBUTION LICENSE AGREEMENT | | $60,072.10 |
| 90 | COLOR SPOT HOLDINGS, INC. | DE LAGE LANDEN FINANCIAL SERVICES INC | EQUIPMENT LEASE AGREEMENT | | $8,654.66 |
| 1147 | COLOR SPOT NURSERIES, INC. | EXPRESS SEED COMPANY | SELF PROPAGATION AGREEMENT | | $21,853.90 |
| 5000 | COLOR SPOT NURSERIES, INC. | IDEALEASE SERVICES, INC. | IDEAL MAINTENANCE AGREEMENT | VEHICLE SERVICES | (-$37,902.63) |
| 5001 | COLOR SPOT NURSERIES, INC. | IDEALEASE SERVICES, INC. | VEHICLE EQUITY LEASE AND SERVICE AGREEMENT | VEHICLE SERVICES | $44,604.58 plus documented attorneys' fees of up to $19,000 |
| 5002 | COLOR SPOT NURSERIES, INC. | IDEALEASE SERVICES, INC. | VEHICLE LEASE AND SERVICE AGREEMENT | VEHICLE SERVICES | $0.00 |
| 659 | COLOR SPOT HOLDINGS, INC. | MONROVIA NURSERY COMPANY | LICENSE AGREEMENT - MONROVIA CRAFTSMEN COLLECTION AT LOWE'S | | $127,074.74 |
| 660 | COLOR SPOT HOLDINGS, INC. | PLANT DEVELOPMENT SERVICES, INC | LICENSE AGREEMENT | ENCORE AZALEA TRADEMARK | $43,190.05 |
| 661 | COLOR SPOT HOLDINGS, INC. | PLANT DEVELOPMENT SERVICES, INC | LICENSE AGREEMENT | SOUTHERN LIVING TRADEMARK | SEE CONTROL #660 |
| 951 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | CONFIDENTIALITY AGREEMENT | | $304,421.61 |
| 953 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | SECURITY AGREEMENT | | SEE CONTROL #951 |
| 954 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | SECURITY AGREEMENT | | SEE CONTROL #951 |
| 950 | COLOR SPOT HOLDINGS, INC. | PROFILE PRODUCTS, LLC | SUPPLY AGREEMENT | | SEE CONTROL #951 |
| | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | VEHICLE OPERATING SERVICE AGREEMENT WITH RYDER OF DECEMBER 17, 2015 (including, for the avoidance of doubt, Schedule A numbers 1538941, 1538944, 1538945, 1538940, 1538942, | | $74,561,41 |

| | | | | | |
|---|---|---|---|---|---|
| | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | 1538943, 1628318, 1722391/BU1495, 1710278/BU1496, 1710300/BU1496, 1710224/BU1495, 1710249/BU1495, 1722386/BU1495, and 1710249/BU1495) RYDER PROGRAMMED MAINTENANCE AGREEMENT OF JANUARY 11, 2013 | | $46,481,03 |
| | COLOR SPOT HOLDINGS, INC. | RYDER TRUCK RENTAL INC | RYDER PROGRAMMED MAINTENANCE AGREEMENT (WELLS FARGO VEHICLES) OF JANUARY 11, 2013 | | $15,022.04 |
| 670 | COLOR SPOT HOLDINGS, INC. | SPRING MEADOW NURSERY INC | MASS MERCHANT/PROPAGATION LICENSE AGREEMENT | | $63,133.92 plus documented attorneys' fees of up to $25,000 |
| 671 | COLOR SPOT HOLDINGS, INC. | SPRING MEADOW NURSERY INC | WALMART/PROPAGATION LICENSE AGREEMENT | | SEE CONTROL #670 |
| 652 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK LICENSE AGREEMENT - DRIFT ROSES | | $184,707.35 |
| 653 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK LICENSE AGREEMENT - KNOCK OUT FAMILY OF ROSES | | SEE CONTROL #652 |
| 654 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK LICENSE AGREEMENT - LANDSCAPE SHRUB ROSES | | SEE CONTROL #652 |
| 655 | COLOR SPOT HOLDINGS, INC. | THE CONARD PYLE CO, INC | PLANT PATENT & TRADEMARK WOODY LICENSE AGREEMENT | | SEE CONTROL #652 |
| 119 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | EQUIPMENT LEASE NO. 287920-400 | Amount to be agreed upon between Wells Fargo Bank, N.A. and Wells Fargo Equipment Finance Inc. |
| 157 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | LEASE NO 287920-405 | SEE CONTROL #119 |
| 159 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | LEASE NO 287920-402 | SEE CONTROL #119 |
| 160 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | EQUIPMENT LEASE | LEASE NO 287920-403 | SEE CONTROL #119 |
| 116 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | MASTER LEASE | MASTER LEASE NO. 287920 | SEE CONTROL #119 |
| 117 | COLOR SPOT HOLDINGS, INC. | WELLS FARGO EQUIPMENT FINANCE INC | SUPPLEMENT TO MASTER LEASE | RE: MASTER LEASE DTD 9/27/2013; SUPPLEMENT NO. 287920-401 | SEE CONTROL #119 |
| 158 | COLOR SPOT | WELLS FARGO EQUIPMENT | SUPPLEMENT TO MASTER | SUPPLEMENT NO 287920-404 | SEE CONTROL #119 |

7

| | | HOLDINGS, INC. | FINANCE INC | LEASE | TO MASTER LEASE NO 287920 DTD 9/27/2013 | |
|---|---|---|---|---|---|---|

**EXHIBIT B**

**Excluded Contracts**

| CONTROL NUMBER | DEBTOR NAME | COUNTER PARTY NAME | CONTRACT TITLE | CONTRACT DESCRIPTION |
|---|---|---|---|---|
| 1130 | COLOR SPOT HOLDINGS, INC. | XL INSURANCE AMERICA INC | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY | POLICY NO. RWD5000249-07, RENEWAL OF RWD5000249-06 |
| 1102 | COLOR SPOT HOLDINGS, INC. | XL SPECIALTY INSURANCE COMPANY | COMMERCIAL EXCESS FOLLOW FORM AND UMBRELLA LIABILITY POLICY DECLARATIONS | POLICY NO. US00055475LI17A |
| 1131 | COLOR SPOT HOLDINGS, INC. | XL SPECIALTY INSURANCE COMPANY | COMMERCIAL EXCESS FOLLOW FORM AND UMBRELLA LIABILITY POLICY DECLARATIONS | POLICY NO. US00055475LI18A, RENEWAL OF US00055475LI17A |
| 962 | COLOR SPOT HOLDINGS, INC. | COUNTY SANITATION DISTRICT NO. 8 OF LA | PLANT NURSERY OPERATION LEASE | |
| 367 | COLOR SPOT HOLDINGS, INC. | EZ SHIPPER RACKS INC | 2018 RENTAL RACK AGREEMENT DTD 2/7/2018 | |
| 1029 | COLOR SPOT HOLDINGS, INC. | SANGER NURSERY LLC | LEASE | |
| 1125 | COLOR SPOT HOLDINGS, INC. | GREENWICH INSURANCE COMPANY | SELECTION AND REJECTION OF UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | POLICY NO. RAD500025007 |
| 1126 | COLOR SPOT HOLDINGS, INC. | XL CAITLIN INSURANCE GROUP, THE | COMMERCIAL LINE POLICY COMMON POLICY DECLARATION | POLICY NO. RAD500025007, RENEWAL OF RAD500025006 |
| 1128 | COLOR SPOT HOLDINGS, INC. | XL CAITLIN INSURANCE GROUP, THE | COMMERCIAL LINE POLICY COMMON POLICY DECLARATION | POLICY NO. RGE5000251-07, RENEWAL OF RGE5000251-06 |