## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **COLOR SPOT HOLDINGS, INC., et al.,**[1] | Case No. 18-11272 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: September 26, 2018 at 10:00 a.m. (ET)**<br>**Objection Deadline:  September 12, 2018 at 4:00 p.m. (ET)** |

## FIRST AND FINAL FEE APPLICATION OF RAYMOND JAMES & ASSOCIATES, INC. AS INVESTMENT BANKER FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR <u>THE PERIOD FROM MAY 29, 2018 THROUGH AUGUST 17, 2018</u>

| | |
|---|---|
| Name of Applicant: | **Raymond James & Associates, Inc.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors in Possession** |
| Date of Retention: | **June 25, 2018, effective as of the Petition Date** |
| Final Period for Which Compensation and Reimbursement are Sought: | **May 29, 2018 through August 17, 2018** |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $1,626,481.29 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $18,245.14 |
| This is a: | **Final Application** |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748).  The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

## SUMMARY OF SERVICES RENDERED BY RAYMOND JAMES PROFESSIONALS

### COMPENSATION BY INDIVIDUAL

| Professional | Position | Total Hours |
|---|---|---|
| Geoffrey Richards | Managing Director | 263.3 |
| Jay Eastman | Managing Director | 111.6 |
| Harsh Singh | Senior Vice President | 196.0 |
| Matthew Bernstein | Vice President | 186.0 |
| Spencer Ledwith | Analyst | 281.0 |
| Jake Wainwright | Analyst | 248.7 |
| Jordan Wagman | Analyst | 4.3 |
| Aidan Balboni | Analyst | 65.0 |
| | **Total** | **1,355.9** |

### Summary of Services Rendered by Raymond James Professionals

*May 29, 2018 to August 17, 2018*

| Project Description | Total Hours |
|---|---|
| Sale Process | 1,237.2 |
| General Case Administration | 117.2 |
| Due Diligence | 1.5 |
| **Total** | **1,355.9** |

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Lodging | 5,204.62 |
| Transportation | 10,676.57 |
| Meals | 1,641.14 |
| Miscellaneous | 722.81 |
| **Total** | **$ 18,245.14** |

01:23403614.7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **COLOR SPOT HOLDINGS, INC., et al.,**[1] | Case No. 18-11272 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date: September 26, 2018 at 10:00 a.m. (ET)** |
| | **Objection Deadline:  September 12, 2018 at 4:00 p.m. (ET)** |

## FIRST AND FINAL FEE APPLICATION OF
## RAYMOND JAMES & ASSOCIATES, INC. AS INVESTMENT BANKER FOR
## THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
## THE PERIOD FROM MAY 29, 2018 THROUGH AUGUST 17, 2018

Raymond James & Associates, Inc. ("**Raymond James**"), investment banker to the above-captioned debtors and debtors in possession (the "**Debtors**"), files this first and final fee application (the "**Application**") pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), requesting entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), granting final approval and allowance of compensation for services rendered and reimbursement of expenses for the period from May 29, 2018 through and including August 17, 2018 (the "**Final Application Period**").  In support of this Application, Raymond James respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748).  The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

1.      By this Application, Raymond James seeks final allowance of compensation in the amount of $1,626,481.29 and actual and necessary expenses in the amount of $18,245.14 for a total allowance of $1,644,726.43 for the Final Application Period.

2.      Pursuant to Local Bankruptcy Rule 2016-2(g) this Application is supported by the Certification of Geoffrey Richards, which is attached hereto as <u>Exhibit B</u>.

3.      The specific time entries and detailed report of time incurred by Raymond James professionals during the Final Application Period is set forth hereto as <u>Exhibit B</u>.

4.      A summary detailing the expenses incurred during the Final Application Period by Raymond James is set forth hereto as <u>Exhibit C</u>.

## <u>JURISDICTION</u>

5.      The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory predicates for the relief requested herein are sections 327 and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## <u>BACKGROUND</u>

6.      On May 29, 2018 (the "**Petition Date**"), each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.

7.      On June 5, 2018, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code.

8.      Additional factual background relating to the Debtors' business, capital structure, and the commencement of these chapter 11 cases is set forth in the *Declaration of Paul W. Russo in Support of Chapter 11 Petitions and First Day Motions* [D.I. 13] (the "**First Day Declaration**").

**RETENTION OF RAYMOND JAMES**

9.      On June 4, 2018, the Debtors filed an application with the Court [Docket No. 61] for an order authorizing them to retain and employ Raymond James as their investment banker, effective as of the Petition Date.  On June 25, 2018, the Court entered an order [Docket No. 130] (the "**Retention Order**") authorizing such retention.  Under the terms of the Retention Order, the Debtors were authorized to employ and retain Raymond James pursuant to the terms of the Engagement Letter (as defined herein), as modified by the Retention Order.

10.     The Retention Order authorized payment of, among other things, a "Business Combination Transaction Fee," as set forth more fully in the Engagement Letter and as modified by paragraphs three and four of the Retention Order.  On July 25, 2018, by that certain *Order (I) Approving Asset Purchase Agreement and Authorizing Sale of Certain Assets of Debtors' Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Encumbrances; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 243] (the "**Sale Order**"), the Court authorized the sale of substantially all of the Debtors' assets.[2]  On August 15,

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Order.

2018, the Debtors filed an amended and restated version of the Purchase Agreement.  *See* Docket No. 312.

11.    Pursuant to the Purchase Agreement, the Buyer (which consists of Wells Fargo Bank, National Association ("**Wells Fargo**") and its designees) provided the estate with (i) a cash payment of $20,753,893.32 in an amount sufficient to satisfy the Encumbrances of CFC on the Debtors' owned real estate, (ii) a credit bid in the amount of $52,000,000.00, and (iii) the Buyer's agreement to exclude $9,000,000.00 in the form of cash and cash equivalents and accounts receivable collections, measured from the first dollars collected after the Closing Date as specified in section 2.4 of the Purchase Agreement, plus the assumption of certain liabilities as set forth in Section 3.2 of the Purchase Agreement.  The Sale closed on August 17, 2018.  Accordingly, Raymond James is entitled to fees totaling $1,626,481.29 consisting of $225,000 (three monthly fees of $75,000 for the months of June, July, and August 2018) plus a Business Combination Transaction Fee in the amount of $1,401,481.29, as calculated below:

| Business Combination Transaction Fee Calculation | | |
|---|---|---|
| Wind-down Cash + A/R + Cash to CFC + Wells Fargo 363 (K) Rights **(A)** | $ | 82,000,000 |
| Assumed Liabilities **(B)** | $ | 2,559,251 |
| **Transaction Value (A) + (B)** | **$** | **84,559,251** |
| | | |
| Minimum Success Fee | $ | 1,300,000 |
| Retainer Fee (Credited Against Success Fee) | $150,000 payable ($50,000 / month) | |
| Base Fee Percentage | | 1.75% |
| Tier One Valuation Hurdle | $ | 75,000,000 |
| Incremental % in Excess of Tier One Valuation Hurdle | | 2.50% |
| Tier Two Valuation Hurdle | $ | 90,000,000 |
| Incremental % in Excess of Tier Two Valuation Hurdle | | 4.50% |
| | | |
| 1.75% up to $75MM (Minimum Fee of $1.30MM) | $ | 1,312,500.00 |
| Incremental Tier One Value (Between $75.0MM and $90.0MM) | $ | 9,559,251.42 |
| Tier One Incentive Fee Percentage | | 2.50% |
| Tier One Incentive Fee | $ | 238,981.29 |
| Incremental Tier Two Value (Above $90.0MM) | | - |
| Tier Two Incentive Fee Percentage | | - |
| Tier Two Incentive Fee | | - |
| Credit of Prepetition Retainer Fee | | (150,000.00) |
| **Total Business Combination Transaction Fee due at Close** | **$** | **1,401,481.29** |

## SUMMARY OF SERVICED RENDERED

12.     Pursuant to the Engagement Letter, Raymond James has been employed by the Debtors since February 2018 to, among other things, provide investment banking advisory services relating to a transaction. The terms and conditions of Raymond James' engagement in this case, which are set forth in the Retention Application and approved by the Court, are based upon Raymond James's engagement letter dated as of February 1, 2018 (as amended on May 28, 2018, the "**Engagement Letter**"), a copy of which, including the amendment, was attached as Exhibit B to the *Debtors Application for Entry of an Order Authorizing the Employment and Retention of Raymond James & Associates, Inc. as Investment Banker for the Debtors, Effective as of the Petition Date* [Docket No. 61]. The Engagement Letter was further modified by the Retention Order that was entered by the Court following (i) comments by the Office of the

United States Trustee and the Creditors' Committee and (ii) changes negotiated with Wells Fargo, the Debtors' first-lien lender as to their personal property and certain owned real property and second-lien lender with respect to certain other owned real property. During the Final Application Period, Raymond James worked diligently on the matters for which it was engaged and, as a result, was uniquely situated to advise the Debtors.

13.     During the Final Application Period, the following professionals in Raymond James's offices performed substantial services for the Debtors:

| **PROFESSIONAL** | **TITLE** |
|---|---|
| Geoffrey Richards | Managing Director |
| Jay Eastman | Managing Director |
| Harsh Singh | Senior Vice President |
| Matthew Bernstein | Vice President |
| Jake Wainwright | Analyst |
| Spencer Ledwith | Analyst |

14.     During the Final Application Period, Raymond James's work on behalf of the Debtors consisted of the following services:

(i)     ***Preparation of Bankruptcy Documentation***: Raymond James worked with the Debtors and their advisors in preparing, developing, reviewing and revising court filings and various documents for many of the aspects of the Debtors' sale process, including the bid procedures, sale pleadings, and the form asset purchase agreement.

(ii)    ***Attendance at Court Hearings***: Raymond James professionals attended various Bankruptcy Court hearings regarding retention, bid procedures and sale approval.  Importantly, the proffer of Raymond James's testimony regarding the sale process and the auction provided the Court with the factual bases on which it approved the Sale and entered the Sale Order.

(iii)   ***Preparation for and Participation in Meetings with Creditor Constituencies***: At the request of the Debtors, Raymond James participated in numerous calls and meetings with the secured creditors and advisors to both the secured creditors and unsecured creditors to discuss financial updates, events leading to the Chapter 11 filing, and updates on the sale process on an at-least weekly basis.

01:23403614.7

(iv)  ***Marketing of the Debtors' Assets for Sale to Third Parties***: Raymond James conducted a comprehensive sale process of the Debtors' assets, which included the following actions, which, for the avoidance of doubt, also included substantial work provided prior to the Petition Date and commencement of the Final Application Period and, accordingly, is not reflected in the hours-worked that are reported for the Final Application Period:

a)  Starting in February 2018, Raymond James pursued a broad marketing campaign on behalf of the Debtors.  Raymond James drafted marketing materials and contacted potentially interested parties as detailed below. Raymond James drafted a two-page "teaser" summarizing the investment opportunity, including key business highlights, to be distributed to potential investors and buyers, and worked closely with management to draft a 98 page confidential information memorandum ("**CIM**") detailing the Debtors' history, product offering, and business plan, to be distributed to potential investors and buyers who executed non-disclosure agreements. Based on prior industry relationships and its proprietary databases, Raymond James compiled a list of potential strategic parties and financial parties who might be interested in investing in or acquiring the Debtors. Raymond James contacted 80 parties with the teaser to solicit interest in a potential transaction. Sixty-three (63) parties were sent a confidentiality agreement, and 38 of these parties signed the confidentiality agreement, which enabled them to receive the CIM that provided a comprehensive overview of the Debtors' business and the potential investment opportunity. Consistent with the directions provided to the parties solicited in this process, on May 23, 2018, the Debtors received two indications of interest expressing interest in a transaction to acquire the Debtors' assets as a going concern and a third indication of interest with respect to one of the Debtors' three operating divisions.

b)  Within two days of the Petition Date, Raymond James informed all 80 parties previously contacted in the process that the Debtors had filed for chapter 11 relief, summarized the proposed process timeline and resolicited interest from these parties.

c)  In addition to these 80 prepetition parties, Raymond James solicited interest in the sale of the substantially all of the Debtors' assets from an additional 41 potentially interested parties. Of these 121 potentially interested parties, 26 parties executed confidentiality agreements (19 after the Petition Date), all of whom were given access to the Debtors' data room, which was established on June 4, 2018 and included over 300 documents. During the postpetition marketing period, five parties participated

in management meetings and conducted site visits at all nine facilities. During the postpetition marketing process, Raymond James facilitated responses to extensive due diligence and information requests from a number of interested parties and had multiple calls each week with management and Debtors' counsel to ensure process coordination.

d)    Raymond James worked closely with the Debtors, their management, and the Debtors' other professionals retained in these cases in formulating the Bidding Procedures for the proposed sale of the Debtors' assets which were approved by this Court on June 25, 2018. The final Bidding Procedures and Sale Notice was circulated to all interested parties.

e)    On July 16, 2018, the Debtors received four bids for some or all of the Debtors' assets. The bids included a bid for the whole company from Altman and Black Diamond, a bid for the Debtors' Hines division from TreeTown, a credit bid by John Deere on their equipment collateral, and a bid from Industrial Assets for certain machinery and fixed assets that was ultimately determined to not be a qualified bid. In addition, Wells Fargo and Capital Farm Credit indicated their intent to submit credit bids on assets for which they held first priority liens and mortgages.

f)    In accordance with the Bidding Procedures, the Debtors (led by Raymond James and the Debtors' counsel), in consultation with the Consultation Parties, engaged in lengthy, intensive and at times tense negotiations among the parties to clarify and improve the preliminary bids, which discussions began at approximately 9:00 AM EST on July 18, 2018 and continued, until approximately 7:00 PM EST on July 19, 2018, when the Auction began. The Auction lasted approximately 17.5 hours until approximately 12:30 PM EST on July 20, 2018, when Wells Fargo's bid of approximately $82.0 million, plus assumed liabilities was deemed the highest and best bid (more than eight times the opening bid of $10 million).

g)    On July 20, 2018, the Court conducted the Sale Hearing. On July 25, 2018, the Court entered the Sale Order.

15.    On August 17, 2018, the sale to the Buyer closed.

16.    Pursuant to paragraph six of the Retention Order, Raymond James is excused from complying with the information requirements contained in Local Bankruptcy Rule 2016-2(d).

**REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES**

17.    By this Application, Raymond James requests entry of the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, granting final approval and allowance of all fees and expenses incurred during the Final Application Period in the amounts of $1,626,481.29 and $18,245.14, respectively.  During the Final Application Period, Raymond James performed necessary services for the Debtors and their estates.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs (i) incurred while representing the Debtors; and (ii) of preserving the value of the Debtors' estates.

**NO PRIOR REQUEST**

18.    No prior application for the relief requested herein has been made to this or any other Court.

01:23403614.7

## CONCLUSION

WHEREFORE, Raymond James respectfully requests entry of the Proposed

Order, substantially in the form attached hereto as <u>Exhibit A</u>, granting:

    a)    final allowance of Raymond James's Monthly Advisory Fees of $225,000.00;

    b)    final allowance of Raymond James's Business Combination Transaction Fee of $1,401,481.29

    c)    final allowance of 100% of the actual and necessary out-of-pocket expenses of $18,245.14 in accordance with the Retention Order; and

    d)    such additional and further relief as the Court may deem proper.

Dated:   August 23, 2018

*/s/ Geoffrey Richards*
Geoffrey Richards
RAYMOND JAMES & ASSOCIATES, INC.
277 Park Avenue
New York, NY 10172

*Investment Banker to the Debtors and Debtors in Possession*

01:23403614.7