IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**COLOR SPOT HOLDINGS, INC., et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11272 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 452, 479 |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE DEBTORS; (II) OCCURRENCE OF EFFECTIVE DATES THEREUNDER; AND (III) RELATED DEADLINES**

**PLEASE TAKE NOTICE** that on November 29, 2018, the United States Bankruptcy Court for the District of Delaware (the **"Bankruptcy Court"**) entered: (i) its *Findings of Fact, Conclusions of Law and Order Confirming Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors* [Docket No. 479] (the "**Confirmation Order**"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors* (including all exhibits thereto and as may be amended, modified, or supplemented from time to time, the "**Plan**"), which is attached to the Confirmation Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan under the Confirmation Order was **December 31, 2018**.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Confirmation Order may obtain such copy: (i) at https://dm.epiq11.com/#/case/CPT/info; or (ii) by contacting Brenda Walters, Paralegal, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 573-7791, bwalters@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website at http://www.deb.uscourts.gov by following the directions for accessing the ECF system on such site.

**FINAL ADMINISTRATIVE CLAIMS BAR DATE**

**PLEASE TAKE FURTHER NOTICE that each Holder of an Administrative Claim against any of the Debtors that arises, accrues or otherwise becomes due and payable during the period from October 11, 2018 through and including the Effective Date, other than a Holder of (a) a Professional Fee Claim or (b) a Claim for U.S. Trustee Fees, must file with the Bankruptcy Court, and serve on the undersigned counsel to the Debtors, a Proof of Claim for such Administrative Claim on or before January 30, 2019. Such Proof of Claim must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the Administrative Claim; (ii) the name of the Holder of the Administrative Claim; (iii)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Color Spot Holdings, Inc. (7061); Color Spot Nurseries, Inc. (3266); Hines Growers, Inc. (5946); and Lone Star Growers, Inc. (4748). The Debtors' principal offices are located at 27368 Via Industria, Suite 201, Temecula, CA 92590.

the amount of the Administrative Claim; (iii) the basis of the Administrative Claim; and (iv) supporting documentation for the Administrative Claim.  **Any Administrative Claim that is not timely filed as set forth above will be forever barred, and holders of such Administrative Claims will not be able to assert such Claims in any manner against the Wind-Down Administrator, the Post-Effective Date Debtors, the Debtors, or their Estates, or their respective successors or assigns or their respective property.**

## REJECTION DAMAGES BAR DATE

**PLEASE TAKE FURTHER NOTICE that each Holder of a Claim for damages against the Debtors that arises, accrues or otherwise becomes due and payable upon the rejection of an executory contract or unexpired lease by the Debtors pursuant to the Plan must file with the Bankruptcy Court, and serve on the undersigned counsel to the Debtors, a Proof of Claim for such Claim on or before January 30, 2019.**  Such Proof of Claim must include at a minimum: (i) the name of the Holder of the Claim; (ii) the amount of the Claim; (iii) the basis of the Claim; and (iv) supporting documentation for the Claim.  **Any Proof of Claim that is not timely filed shall not be treated as a creditor or a claimant for purposes of distribution under the Plan and Holders of such Claims will not be able to assert such Claims in any manner against the Wind-Down Administrator, the Post-Effective Date Debtors, the Debtors, or their Estates, or their respective successors or assigns or their respective property.**

## PROFESSIONAL FEE CLAIMS BAR DATE

PLEASE TAKE FURTHER NOTICE that any Professional of the Debtors or the Committee seeking allowance by the Bankruptcy Court of a Professional Fee Claim must file its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date **on or before January 30, 2019.**

| | |
|---|---|
| Dated:  December 31, 2018<br>        Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Ryan M. Bartley (No. 4985)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |